**John H. Thaler, SBN 150290**
c/o HARRIS/THALER LAW
18034 Ventura Boulevard, #289
Encino, CA 91316
Tel. 818-206-4402
jhtlaw@msn.com

**FEDERAL DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **JOHN H. THALER, an individual,** | **CASE NO.  CV-21-01419-PHX-DLR** |
| **Plaintiff,** | **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT; DECLARATIONS OF: JOHN H. THALER; JACQUELINE S. BREGER, STEVEN ROTH, JOHN J. STANLEY; REPORTS OF LINDA L. MITCHELL.** |
| **v.** | |
| **BRITTANY RAE THALER aka BRITTANY RAE CHAVEZ et al.,** | |
| **Defendants.** | [Assigned to the Honorable Douglas Reyes] |

# I. PRELIMINARY STATEMENT

Two facts will be different over the next 12 months than they are now: Plaintiff will be reunited with his son and Defendant Brittany Rae Chavez aka Brittany Rae Thaler, along with her mother, Dawna Rae Chavez, will be indicted on racketeering charges related to money laundering, payroll theft, bankruptcy fraud, insurance fraud, extortion and related criminal acts.

Moreover, **ALL OF THE ORDERS ALLEGEDLY COMING FROM JUDGE MARVIN L. DAVIS' COURTROOM ARE FORGERIES.  JUDGE DAVIS ACCEPTED BRIBES TO ALLOW DEFENDANTS BRITTANY CHAVEZ AND DAWNA CHAVEZ TO TAKE OVER HIS COURTROOM AND UPLOAD PHONY ORDERS**.

Brittany IS NOT a victim.  She is a perpetrator.  She and her mother, Dawna Chavez, are child abusers.  They are using Plaintiff's three-year-old son to extort Plaintiff into halting any further legal action or investigation.  Brittany and Dawna schemed to violate the February 20, 2020 Custody Orders with the assistance of corrupt Judge Marvin L. Davis.  They have held McKinley Harris Thaler hostage.  They have stated that they will not allow Plaintiff to see his son unless he halts all investigation and legal action against them and the co-defendants.

Too late.  Defendants are now scrambling to prevent the inevitable civil judgment and charges leading to conviction.   Brittany and Dawna and members of the Chavez family along with Judge Marvin L. Davis and other defendants herein are being investigated by several federal and state law enforcement agencies.  They will be charged.

Meanwhile, expert analysis concludes that Brittany has executed thousands of phony trust deeds as a party or as a "notary" (using assumed names), or both for the purposes of money laundering, tax evasion and for the purposes of doling out bribes.  Brittany has set up numerous phony mortgage companies and escrow companies to carry out these schemes.  The analysis concludes that Brittany has participated in computer hacking leading to payroll theft; she has participated in more than 3,000 fraudulent bankruptcy filings; she has participated in life insurance and auto insurance fraud; and she has created and participated in extortion schemes using phony default judgments, criminal restitution orders and even phony child support orders.

1    The analysis also confirms that in early 2014 Dawna Chavez created and carried out an

2    extortion scheme against Plaintiff by creating in California a fake default judgment that was then

3    brought to Maricopa County and entered as a foreign state judgment.  Dawna then had an attorney,

4    Defendant Mark Lammers, pursue the phony judgment.

5    Further, the analysis proves that Judge Marvin L. Davis permitted his courtroom to be

6    hijacked by Dawna Chavez and Brittany Chavez.  Of the Orders allegedly signed by Judge Davis,

7    all of them are fake and Judge Davis knew it.  Judge Davis intentionally permitted Dawna and

8    Brittany to control his courtroom, to access his court files, to create phony orders and judgment

9    decree and to upload them back into the Maricopa County Superior Court computer database.

10   Judge Marvin L. Davis' conduct is NOT protected by judicial immunity.  It is criminal and

11   actionable.

12   This Court need to reconsider its current position concerning Judge Davis.  The act of

13   taking bribes is NOT a protected act.  The act of favoring the litigant providing bribes is NOT a

14   protected act.  The act of permitting a party to infiltrate the court's database and thereafter to write

15   phony orders with forged signatures is NOT a protected act.  If this Court has legal citations to the

16   contrary, it may wish to consider presenting the same forthwith.   Otherwise, Judge Davis will

17   remain a party to the litigation.  Plaintiff will file an appropriate motion seeking to set aside the

18   Court's order on this issue.

19   Now comes the painful process of unraveling Brittany and her family's criminal conduct

20   and her further extortion attempt in stealing McKinley from me in September 2020 in violation of

21   the Family Court's custody order.  This was the third time Brittany had taken McKinley and the

22   second time she took him in violation of the Court's 50/50 custody order.

## II. THE HISTORY OF BRITTANY RAE CHAVEZ.

24   As set forth in the complaint, Brittany has been supported in her theft of our three year old

25   son by a judge accepting bribes and a city (Mesa) that openly refuses to abide by custody orders or

26   the UCCJEA.  Moreover, Mesa officers have abused Plaintiff and violated his rights systematically.

27   Their actions are reprehensible and actionable.

28

Brittany is a diagnosed sociopath.  Labeling Brittany as a sociopath is not some punchline to a bad party joke.  She received treatment for this diagnosis from Donna Turner, MFT from May 2016 through August 2017.  Treatment was supposed to conclude temporarily due to Brittany's pregnancy. During her treatment, I was invited by Ms. Turner to several sessions.  Ms. Turner tried to focus Brittany on empathy.  Britany is incapable of it.  Ms. Turner tried to focus Brittany on realizing how her actions affect others.  During the treatment period, Brittany seemed to improve in this regard.

Brittany and I were married on April 13, 2016.  I knew nothing of Brittany's criminal history or her mental illness at the time of the wedding.  Fact is Brittany knew of me long before we ever met on October 22, 2014.  In March 2014, Dawna Chavez created an extortion scheme by creating a fake judgment against me in California and then moving it to Maricopa County, Arizona.  She used the services of attorney Mark Lammers to pursue it.  Whether co-conspiring or interfering with her mother's scheme, Brittany sought me out and chose to meet me in October 2014.

After the birth of our son on December 12, 2017, Brittany refused to return to treatment—except at my urging in May 2018.  That lasted two sessions as Ms. Turner discovered that Brittany had been lying to us about her criminal activities.  Ms. Turner thereafter refused to treat Brittany unless she told me her real story.  Family members warned her that if she were honest I might try to take our son from her. Brittany began falling apart emotionally.  This was made worse by my initial discovery of phony deeds created by her and her family for money laundering and tax evasion purposes.

Brittany complains that she is merely an instructor for iPro Tech.  Umm, no.  Brittany is a trained and experienced Trial Paralegal with 23 major trials in federal and state court under her belt.  She was trained in Bankruptcy Law at Snell & Wilmer.  From 2013 to 2015 she taught paralegal studies at Everest College including Bankruptcy.

Brittany uses her employment to commit racketeering activities.  At Poli & Ball, she assisted Barbara Sloane in filing a phony insurance claim with Farmer's Insurance over a house fire that she knew Ms. Sloane directed to be set.  (Sloane v. Farmers Insurance is extremely well known

in Arizona.)  At Andante Law Group, she enticed attorney Brian Blum to file fraudulent Chapter 7 bankruptcies. She was fired from this job.  At Struck, Love, Brittany falsified evidence including doctors' reports concerning inmate treatment.  She was fired from this job (though allowed to submit a resignation letter).  And at iPro Tech, Brittany has gained access to many law office computers and files including that of the Office of Federal Defender.

### III.  IN HER MOTION, BRITTANY GROSSLY MISLEADS THIS COURT.

Brittany lies to this Court.  Brittany has no costs to date.  And all issues have been created solely by her conduct.  Brittany omits from her motion a plethora of relevant and necessary facts concerning her egregious conduct specifically to mislead this Court.  To wit, Brittany:

•Stole McKinley on his second birthday (December 12, 2019) and then withheld him for two weeks.

•Falsified an Order of Protection on December 12, 2019 to prevent me from seeing McKinley.

•Filed a dissolution of marriage petition along with multiple ex parte motions to prevent me from seeing McKinley.  (All were denied.)

•Limited my time with McKinley thereafter for an additional two weeks;

•After agreeing to a 50/50 time share, moved forward on February 20, 2020 with a custody hearing where she and her mother committed perjury to try to change the agreement they just made to limited monitored visitation.  (Judge disagreed and ordered 50/50 custody with Dawna Chavez volunteering to facilitate exchanges).

•Stole McKinley for two weeks on April 4, 2020 in violation of the Court's Order thus keeping McKinley from me on my birthday.

•In violation of the Court Order appointing her as facilitator of exchanges, Dawna Chavez then obtains by fraud an Order of Protection so that Brittany can freely move McKinley to and from her house while Brittany is working thus removing my ability to pick up McKinley from Dawna's residence.

•Stole my personal effects including musical instruments from the home.

•Worked with bribed judge Bruce Cohen, presiding judge over the Family court, Judge Marvin L. Davis was moved into the department.  Judge Davis also receives bribes through the phony mortgage scheme.

•Carried out a fraudulent sale of our residence in violation of the Court Order to sell the property, thus keeping the equity of $220,000.00.  Then Brittany and her lawyer, Defendant Greg Davis, falsified legal bills and expenses to reduce my ½ share of the (non-existent) proceeds.  The phony claim Brittany makes about "$110,000" relates to phony billing statements intended to erase my share of the profits had a sale occurred.  But even if a sale were to have occurred, nothing would be owed since my share of the equity would have covered this sum.

**As to the alleged profits from the sale:  the court Order by stipulation made BEFORE Judge Davis was assigned the dissolution case required the proceeds to remain in escrow for 90 days.  If not subject to further order, they would be placed in the trust account of Brittany's first attorney, Erica Gadberry.  Defendant Gadberry claims her office never received the proceeds.  Mr. Davis claims Ms. Gadberry did receive the proceeds and removed $25,000 for attorneys fees before sending to his office.  Defendant Jet Closings claims it sent all but $1,000 of the sale proceeds to attorney Davis.  Jet Closings cannot account for the missing $1,000.00.  Meanwhile, Ms. Gadberry obtained an Order for the "Court Appointed Advisor" (Defendant Barbara Kiffmeyer) to receive her $1,000.00 payment from the proceeds of the sale.  But Ms. Kiffmeyer refuses to account for how she received payment or from whom**. **Defendant Greg Davis has failed and refused to provide an accounting of the proceeds. And it turns out that the strawmen buyers of our residence are long time friends of Dawna Chavez' boyfriend, Defendant Lawrence Cairo.  And it turns out that the real estate agent retained by Brittany to sell the property has participated in the Chavez fraudulent mortgage/property sale money laundering schemes.**

Other irregularities in the sale of the residence include the refusal to provide any of the sale documents and the failure to record my Warranty Deed.

1 •Called the Arizona State Bar (of which Plaintiff is not a member) and reported that Plaintiff was

2 practicing law without authorization in the State of Arizona.

3 •Refused to allow McKinley to be with me on Father's Day.

4 Instead, on Father's Day Brittany provided a 12 page manifesto stating that Plaintiff would "never

5 be McKinley's father" and that if Plaintiff agreed to settle, she would allow me to see McKinley for

6 two hours one Sunday per month.

7 •Filed a false DCS report making an array of ridiculous claims. DCS determined that none of

8 Brittany's claims had any merit.

9 •Filed a second false DCS report with even more outrageous claims. Again, no merit found to any

10 of the claims.

11 In mid-August 2020, McKinley reported erratic behavior by Brittany including drug use.

12 Toward the end of the month he was waking up from nightmares stating that his mother was going

13 to take him

14 As a result of Brittany's erratic behavior and McKinley's reporting of it, Dawna decided to

15 use McKinley to control her daughter. To that end, Dawna planned a scheme to take McKinley and

16 then make false accusations against me for alleged violations of the Orders of Protection. The

17 scheme also included using a clone of my cell phone to send text messages appearing to come from

18 my phone.

19 •Refused to exchange McKinley on September 19, 2020 in violation of the Court's February 20,

20 2020 Custody Order.

21 •Took McKinley to his pediatrician and to Children's Hospital falsely claiming child abuse. Both

22 found none. Then filed a false police report with the Gilbert Police Department that McKinley was

23 physically and/or sexually abused. After having McKinley interviewed with a forensic

24 psychologist, the police found that Brittany had fabricated the story. The detective in charge

25 requested that Brittany immediately begin exchanges. Brittany refused. A custody hearing was

26 then requested by Greg Davis and set for October 20, 2020.

27

28

1   All attempts to enforce Custody Order were ignored by Court and by the Mesa Police

2   Department.

3   After filing yet another false complaint with the Mesa Police, with the assistance of bribed

4   Mesa Police Officer Jacob G. Roessler, Officer Roessler effected a false arrest of me in my home in

5   Gilbert, Arizona on October 13, 2020.  The point was to taint the upcoming Court hearing.

6   As if that were not enough, on the night of October 18, 2020, four men dressed as Mesa

7   Police Officers entered my home and assaulted a client-guest who was staying there.  They tied him

8   up while searching the residence for a drive used by Brittany that contains a plethora of evidence of

9   the racketeering enterprises during the years 2005 through 2014. The search was unsuccessful.

10   As is confirmed by Forensic Questioned Documents Examiner, Linda L. Mitchell, multiple

11   Court Orders in the divorce case from the time Judge Davis took over are falsified.  At least 7

12   motions made by me were altogether ignored and at least 7 oppositions to Brittany's motions were

13   ignored with the alleged court order stating "no Opposition having been filed…"

14   The Mitchell report also confirms multiple identities used by Brittany in furtherance of the

15   racketeering activities.

16   As to the alleged trial on December 29, 2020, Plaintiff was in Valley Medical Center

17   hospital in Las Vegas, Nevada.  Four primary witnesses had Covid with two hospitalized.  One of

18   the two died several weeks later.  Despite requests made days in advance for a continuance, the

19   Court made no ruling and then insisted on going forward with the trial in my absence and in the

20   absence of the witnesses.  Brittany had no witnesses present—because she has alienated her friends

21   and untainted family members with her conduct concerning McKinley.

22   **Plaintiff has not seen nor spoken with McKinley for more than a year**.  Brittany and

23   Dawna will not permit telephone communications.  When Plaintiff has tried to see McKinley,

24   Brittany has refused to act.  On May 9, 2021, Plaintiff made arrangements with a monitoring

25   facility to see McKinley.  Brittany promised the facility she would bring McKinley.  She lied.

26   After 45 minutes and repeated calls from the facility to Brittany, my money for the monitoring of

27   the visit was refunded.

28

Co-Counsel John Stanley has tried to obtain a commitment from Brittany to allow me to see McKinley. Brittany refuses.

As to the Mesa trial and convictions, Brittany again lies to this Court.  The Mesa Court was received medical statements concerning treatment of Plaintiff that prevented his presence.  The Court also was informed and received documentation that a key witness, Jacqueline Breger had suffered a concussion in an automobile collision and was unable to testify.  A short continuance was requested and denied.  Nonetheless, Plaintiff agreed to participate by Zoom or similar method. The Mesa Court rejected Plaintiff's request.

More significantly, Brittany omits that Plaintiff is represented by counsel in the Mesa matters and that his counsel WAS present.

Brittany and Dawna are child abusers.  They have deliberately prevented McKinley from having a relationship with me.  Plaintiff has not received a Chanukah or Christmas card, or Valentine's Day card, or birthday card, or Father's Day card etc.  Who does this to a three-year-old child?  Who does this to a child suffering nightmares about being taken by his mother and kept from his father?  Truly sick.

This Court should be frightened by the fact in 2021, corruption in the court system and among law enforcement can result in this level of child abuse.  Plaintiff seeks redress for violations of federal law.  There are many in this matter.

## IV.  BRITTANY'S REQUEST IS MERITLESS AND UNSUPPORTED BY APPLICABLE LEGAL ATUHORITY, AND THUS SHOULD BE DENIED.

This case turns on the failure of the Maricopa County Superior Court and the Mesa Court to provide fair and unfettered access specifically because of bribes paid to judges and clerks through phony trust deeds evidencing phony mortgages.  The perpetrators are not first-time takers.  Judge Marvin L. Davis and the other "judge" defendants accepted bribes long before their appointments to the bench and, once taking the bench, manipulated cases accordingly.

Plaintiff comes to this Court because his rights have been so egregiously violated.  Brittany's motion is a cheap stunt based on false statements designed to protect her from having to

1    answer for her conduct, conduct which includes filing false police reports and committing perjury

2    before multiple courts.

3        Of course Brittany seeks prior restraint.  But that is something to which she is not entitled.

4        Federal courts can "regulate the activities of abusive litigants by imposing carefully tailored

5    restrictions.  De Long v. Hennessey, 912 F.2d 1144, 1147 (9th Cir. 1990) (quotation marks

6    omitted). Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), "enjoining litigants with abusive and

7    lengthy [litigation] histories is one such . . . restriction" that courts may impose. De Long at 912

8    F.2d at 1147.

9        "[T]he right of access to the courts is a fundamental right protected by the Constitution."

10   Delew v. Wagner, 143 F.3d 1219, 1222 (9th Cir. 1998). The First Amendment "right of the people .

11   . . to petition the Government for a redress of grievances," which secures the right to access the

12   courts, has been termed "one of the most precious of the liberties safeguarded by the Bill of

13   Rights." BE & K Const. Co. v. NLRB, 536 U.S. 516, 524–25 (2002) (internal quotation marks

14   omitted, alteration in original); see also Christopher v. Harbury, 536 U.S. 403, 415 n.12 (2002)

15   (noting that the Supreme Court has located the court access right in the Privileges and Immunities

16   clause, the First Amendment petition clause, the Fifth Amendment due process clause, and the

17   Fourteenth Amendment equal protection clause).

18       Prior restraint by way of pre-filing orders may infringe on important rights including the

19   free access guarantee.  Molski v. Evergreen Dynasty Corp., 500 F.3d 1047, 1057 (9th Cir. 2007)

20   (per curiam).

21       "Among all other citizens, [the vexatious litigant] is to be restricted in his right of access to

22   the courts… We cannot predict what harm might come to him as a result, and he should not be

23   forced to predict it either. What he does know is that a Sword of Damocles hangs over his hopes for

24   federal access for the foreseeable future." Moy v. United States, 906 F.2d 467, 470 (9th Cir. 1990).

25       Out of regard for the constitutional safeguards including the right to court access, "pre-filing

26   orders should rarely be filed," and only if courts comply with certain procedural and substantive

27   requirements. De Long at 912 F.2d at 1147.

28

When district courts seek to impose pre-filing restrictions, they must: (1) give litigants notice and "an opportunity to oppose the order before it [is] entered"; (2) compile an adequate record for appellate review, including "a listing of all the cases and motions that led the district court to conclude that a vexatious litigant order was needed"; (3) make substantive findings of frivolousness or harassment; and (4) tailor the order narrowly so as "to closely y fit the specific vice encountered." Id. at 1147–48.

In the instant matter, Plaintiff filed a complaint against multiple individuals and state/local government entities for violations of his civil rights and, where applicable and related, common law torts.  Plaintiff has not filed any motions except for leave to amend because additional relevant information was discovered after the complaint was filed.

Moreover, Plaintiff has ample evidence to win on the merits of his complaint.  The investigation and he and others have conducted implicates Defendant Brittany Chavez and members of her family in a life-long criminal career that includes various racketeering enterprises and extortion.  The evidence implicates employees of Maricopa County and the City of Mesa as taking bribes and acting in furtherance of the racketeering activities.

Plaintiff has utilized additional attorneys and experts to examine the evidence and to determine its strengths and veracity.  Simply, Plaintiff is not "shooting in the dark."  Rather, he has spent more than two years gathering evidence and having the same peer reviewed. Further, this Defendant lies pathologically.  She is a diagnosed sociopath who conspired with her mother to extort monies from Plaintiff before he had ever met them.  She has lied and mislead multiple courts.  In the case of the corrupt Judge Davis, she did so with his assistance and with that of her attorneys, Erica Gadberry and Greg R. Davis.

This Defendant DID NOT fool the Clark County Superior Court.  Brittany omits the fact that after reviewing the report by Forensic QDE Linda L. Mitchell, the court concluded that ample evidence of court corruption existed along with Brittany's participation in it that it rendered the rulings coming from Judge Marvin L. Davis as highly suspect.  On those grounds, the Court has held my action for Annulment in "open" status.

1    Simply put, one court has already concluded on the merits that Judge Davis's actions

2    evidence corruption in favor of Brittany.

3    Even if any of the Brittany's contentions were true, none provides a basis for prior restraint.

4    Worse, Brittany's statements are demonstrably false while the evidence against her, her mother, her

5    family, and her co-defendants mounts.  Plaintiff's case shall be prosecuted to the fullest extent

6    possible.  Unlike the Maricopa County Superior Court and City of Mesa courts and their officials,

7    Plaintiff's rights will not be violated or limited.

8    Plaintiff requests that this Court deny Defendant Brittany Chavez' motion.

9    **V.  CONCLUSION.**

10    For the reasons stated herein, the motion should be denied.

11    Date: September 27, 2021                                             HARRIS/THALER LAW

12

13

14                                                                    By:_____

15                                                                        JOHN H. THALER, Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF JOHN H. THALER**

I, John H. Thaler, do declare:

1.      I am an attorney duly licensed to practice law before all of the Courts in the State of California and I am the Plaintiff herein.

2.      Brittany has been supported in her theft of our three year old son by a judge accepting bribes and a city (Mesa) that openly refuses to abide by custody orders or the UCCJEA. Moreover, Mesa officers have abused me and violated my rights systematically.  Their actions are reprehensible and actionable.

3.      Brittany is a diagnosed sociopath.  Labeling Brittany as a sociopath is not some punchline to a bad party joke.  She received treatment for this diagnosis from Donna Turner, MFT from May 2016 through August 2017.  Treatment was supposed to conclude temporarily due to Brittany's pregnancy. During her treatment, I was invited by Ms. Turner to several sessions.  Ms. Turner tried to focus Brittany on empathy.  Britany is incapable of it.  Ms. Turner tried to focus Brittany on realizing how her actions affect others.  During the treatment period, Brittany seemed to improve in this regard.

4.      Brittany and I were married on April 13, 2016.  I knew nothing of Brittany's criminal history or her mental illness at the time of the wedding.  Fact is Brittany knew of me long before we ever met on October 22, 2014.  In March 2014, Dawna Chavez created an extortion scheme by creating a fake judgment against me in California and then moving it to Maricopa County, Arizona.  She used the services of attorney Mark Lammers to pursue it.  Whether co-conspiring or interfering with her mother's scheme, Brittany sought me out and chose to meet me in October 2014.

5.      After the birth of our son on December 12, 2017, Brittany refused to return to treatment—except at my urging in May 2018.  That lasted two sessions as Ms. Turner discovered that Brittany had been lying to us about her criminal activities.  Ms. Turner thereafter refused to treat Brittany unless she told me her real story.  Family members warned her that if she were honest I might try to take our son from her. Brittany began falling apart emotionally.  This was made

worse by my initial discovery of phony deeds created by her and her family for money laundering and tax evasion purposes.

6.      Brittany complains that she is merely an instructor for iPro Tech.  Umm, no. Brittany is a trained and experienced Trial Paralegal with 23 major trials in federal and state court under her belt.  She was trained in Bankruptcy Law at Snell & Wilmer.  From 2013 to 2015 she taught paralegal studies at Everest College.  She was then employed by Poli & Ball, Andante Law Group and Struck, Love, Bojanowski & Acedo.

7.      Brittany uses her employment to commit racketeering activities.  At Poli & Ball, she assisted Barbara Sloane in filing a phony insurance claim with Farmer's Insurance over a house fire that she knew Ms. Sloane directed to be set.  (Sloane v. Farmers Insurance is extremely well known in Arizona.)  At Andante Law Group, she enticed attorney Brian Blum to file multiple fraudulent Chapter 7 bankruptcies. She was fired from this job.  At Struck, Love, Brittany falsified evidence including doctors' reports concerning inmate treatment.  She was fired from this job (though allowed to submit a resignation letter).  And at iPro Tech, Brittany has gained access to many law office computers and files including that of the Office of Federal Defender.

8.      Brittany lies to this Court about costs incurred.  Brittany has no costs to date.  And all issues have been created solely by her conduct.  Brittany omits from her motion a plethora of relevant and necessary facts concerning her egregious conduct specifically to mislead this Court. To wit, Brittany:

9.      •Stole McKinley on his second birthday (December 12, 2019) and then withheld him for two weeks.

10.      •Falsified an Order of Protection on December 12, 2019 to prevent me from seeing McKinley.

11.      •Filed a dissolution of marriage petition along with multiple ex parte motions to prevent me from seeing McKinley.  (All were denied.)

12.      •Limited my time with McKinley thereafter for an additional two weeks;

13.    •After agreeing to a 50/50 time share, moved forward on February 20, 2020 with a custody hearing where she and her mother committed perjury to try to change the agreement they just made to limited monitored visitation.  (Judge disagreed and ordered 50/50 custody with Dawna Chavez volunteering to facilitate exchanges.

14.    •Stole McKinley for two weeks on April 4, 2020 <u>in violation of the Court's Order</u> thus keeping McKinley from me on my birthday.

15.     •In violation of the Court Order appointing her as facilitator of exchanges, Dawna Chavez then obtains by fraud an Order of Protection so that Brittany can freely move McKinley to and from her house while Brittany is working thus removing my ability to pick up McKinley from Dawna's residence.

16.    •Stole my personal effects including musical instruments from the home.

17.    •Worked with bribed judge Bruce Cohen, presiding judge over the Family court, Judge Marvin L. Davis was moved into the department.  Judge Davis also receives bribes through the phony mortgage scheme.

18.    •Carried out a fraudulent sale of our residence in violation of the Court Order to sell the property, thus keeping the equity of $220,000.00.  Then Brittany and her lawyer, Defendant Greg Davis, falsified legal bills and expenses to reduce my ½ share of the (non-existent) proceeds. The phony claim Brittany makes about "$110,000" relates to phony billing statements intended to erase my share of the profits had a sale occurred.  But even if a sale were to have occurred, nothing would be owed since my share of the equity would have covered this sum.

19.    **As to the alleged profits from the sale:  the court Order required the proceeds to remain in escrow for 90 days.  If not subject to further order, they would be placed in the trust account of Brittany's first attorney, Erica Gadberry.  Defendant Gadberry claims her office never received the proceeds.  Mr. Davis claims Ms. Gadberry did receive the proceeds and removed $25,000 for attorney's fees before sending to his office.  Defendant Jet Closings claims it sent all but $1,000 of the sale proceeds to attorney Davis.  Jet Closings cannot account for the $1,000.00.  Meanwhile, Ms. Gadberry obtained an Order for the "Court**

Appointed Advisor" (Defendant Barbara Kiffmeyer) to receive her $1,000.00 payment from the proceeds of the sale.  But Ms. Kiffmeyer refuses to account for how she received payment or from whom. Defendant Greg Davis has failed and refused to provide an accounting of the proceeds.  And it turns out that the alleged buyers of our residence are longtime friends of Dawna Chavez' boyfriend, Defendant Lawrence Cairo.  And it turns out that the real estate agent retained by Brittany to sell the property has participated in the Chavez fraudulent mortgage/property sale money laundering schemes.

20.   **Where I come from we call that FRAUD.**

21.   Other irregularities in the sale of the residence include the refusal to provide any of the sale documents and the failure to record my Warranty Deed.

22.   •Called the Arizona State Bar (of which I am not a member) and reported that I was practicing law without authorization in the State of Arizona.

23.   •Refused to allow McKinley to be with me on Father's Day.

24.   Instead, on Father's Day Brittany provided a 12 page manifesto stating that I would "never be McKinley's father" and that if I agreed to settle, she would allow me to see McKinley for two hours one Sunday per month.

25.   •Filed a false DCS report making an array of ridiculous claims.  DCS determined that none of Brittany's claims had any merit.

26.   •Filed a second false DCS report with even more outrageous claims.  Again, no merit found to any of the claims.

27.   In mid-August 2020, McKinley reported erratic behavior by Brittany including drug use.  Toward the end of the month he was waking up from nightmares stating that his mother had told him she was going to take him from me.

28.   And that became the problem: as McKinley became able to express complex thoughts, he was expressing to me and to others his mother's actions… her criminal actions.

29.   As a result of Brittany's erratic behavior and McKinley's reporting of it, Dawna decided to use McKinley to control her daughter.  To that end, Dawna planned a scheme to take

McKinley and then make false accusations against me for alleged violations of the Orders of Protection.  The scheme also included using a clone of my cell phone to send text messages appearing to come from my phone.

30.      •Refused to exchange McKinley on September 19, 2020 in violation of the Court's February 20, 2020 Custody Order.

31.      •Took McKinley to his pediatrician and to Children's Hospital falsely claiming child abuse.  Both found none.  Then filed a false police report with the Gilbert Police Department that McKinley was physically and/or sexually abused.  After having McKinley interviewed with a forensic psychologist, the police found that Brittany had fabricated the story.  The detective in charge requested that Brittany immediately begin exchanges.  Brittany refused.  A custody hearing was then requested by Greg Davis and set for October 20, 2020.

32.      All attempts to enforce Custody Order were ignored by Court and by the Mesa Police Department.

33.      After filing yet another false complaint with the Mesa Police, with the assistance of bribed Mesa Police Officer Jacob G. Roessler, Officer Roessler effected a false arrest of me in my home in Gilbert, Arizona on October 13, 2020.  The point was to taint the upcoming Court hearing.

34.      As if that were not enough, on the night of October 18, 2020, four men dressed as Mesa Police Officers entered my home and assaulted a client-guest who was staying there.  They tied him up while searching the residence for a drive used by Brittany that contains a plethora of evidence of the racketeering enterprises during the years 2005 through 2014. The search was unsuccessful. See the Declaration of Richard Salazar.

35.      In addition to stealing the evidence, the point was to intimidate me into giving up custody rights.

36.      **As is confirmed by Forensic Questioned Documents Examiner, Linda L. Mitchell, <u>ALL</u> of the Court Orders in the divorce case from the time Judge Davis took over <u>are falsified</u>. They are traced signatures. At least 7 motions made by me were altogether**

1   ignored and at least 7 oppositions to Brittany's motions were ignored with the alleged court

2   order stating "no Opposition having been filed…"

3       37.     The Mitchell report also confirms multiple identities used by Brittany in furtherance

4   of the racketeering activities.

5       38.     As to the alleged divorce trial on December 29, 2020, I was in Valley Medical

6   Center hospital in Las Vegas, Nevada.  Four primary witnesses had Covid with two hospitalized.

7   One of the two died several weeks later.  Despite requests made days in advance for a continuance,

8   the Court made no ruling and then insisted on going forward with the trial in my absence and in the

9   absence of the witnesses.  Brittany had no witnesses present—because she has alienated her friends

10  and untainted family members with her conduct concerning McKinley.

11      39.     And none of this even begins to touch on the stealing and forging of checks in 2017

12  or the stealing of credit and debit cards in 2019 or the two attempts made on my life, the first on

13  April 20, 2019 and the second on July 7, 2019, to collect the proceeds of a newly obtained

14  insurance policy or Brittany poisoning beverages she would "brew" for me in order to obtain a

15  positive drug test so that she could steal McKinley.

16      40.     Further, none of this even begins to cover the medical situation the poisoning has

17  caused—random high blood pressure spikes that required an angiogram on December 31, 2019 and

18  resulted in 5 separate hospitalizations during 2020.

19      41.     **I have not seen nor spoken with McKinley for more than a year**.  Brittany and

20  Dawna refuse to facilitate telephone communications.  When I have tried to see McKinley, Brittany

21  has refused to act.  On May 9, 2021, I made arrangements with a monitoring facility to see

22  McKinley.  Brittany promised the facility she would bring McKinley.  She lied.  After 45 minutes

23  and repeated calls from the facility to Brittany, my money for the monitoring of the visit was

24  refunded.

25      42.     Co-Counsel John Stanley has tried to obtain a commitment from Brittany to allow

26  me to see McKinley. Brittany refuses.

27

28

43.     As to the Mesa trial and convictions, Brittany again lies to this Court.  The Mesa Court received medical statements concerning my treatment that prevented me from being present.  The Court also was informed and received documentation that a key witness, Jacqueline Breger had suffered a concussion in an automobile collision and was unable to testify.  A short continuance was requested and denied.  Nonetheless, I agreed to participate by Zoom or similar method.  The Mesa Court rejected the request.

44.     More significantly, Brittany omits that I am represented by counsel in the Mesa matters and that his counsel WAS present.

45.     But she also omits two other significant factor: the Order of Protection Brittany allegedly obtained on December 12, 2019 is a fake document with a fake case number that was loaded into the court computer system.  The same is true of the Order of Protection allegedly obtained by Dawna in April 2020 (to prevent me from seeing McKinley when Brittany would bring him to her mother's house).

46.     Brittany and Dawna are child abusers.  They have deliberately prevented McKinley from having a relationship with me.  I have not received a Chanukah or Christmas card, or Valentine's Day card, or birthday card, or Father's Day card etc. let alone a telephone call.  Who does this to a three-year-old child?  Who does this to a child who is suffering nightmares about being taken by his mother and kept from his father?  Truly sick

47.     Included herewith are the declarations of Steve Roth, Jacqueline S. Breger, and Richard Salazar.  Also, I have included the declaration provided by attorney John J. Stanley to the Clark County Superior Court.  Mr. Stanley is currently out of country and unable to provide an updated declaration.  Also attached herewith are the first report and summary of the second report currently being assembled by Linda L. Mitchell, a well respected questioned documents examiner.

48.     Moreover, I have met with multiple federal law enforcement agencies and state Attorneys General.  The matters stated herein are the subject of current investigations.  Should the Court require, details of the meetings and the names of current investigators can be provided confidentially and in camera.

49.     I have investigated "white collar" criminal matters for thirty-one (31) years.  The point here is there are no conclusions that I reach without review by other competent individuals.

50.     As suspending of one's disbelief as this matter may require initially, every allegation has supporting document and related evidence and witnesses.

51.     Corruption in the State of Arizona is well known and well documented.  The extent of that corruption goes far beyond anything I could have imagined.  Much of the corruption and especially the taking of bribes starts before the corrupted individual ever reaches his or her ultimate position of power.

52.     Simply put, this is a systemic and systematic problem which will require significant changes in the methods by which individuals are appointed to positions in state and local government.

53.     Arizona is not alone.  Multiple states have been infiltrated in similar ways.  I leave that to the federal investigators.  For me, this is about a three-year-old child whose father was his primary caregiver until stolen last year by Brittany and Dawna in an attempt to shut me up.  Their actions and those of their fellow co-defendants are representative of the actions used to jail innocent individuals, free guilty individuals, and carry out the racketeering enterprises.

54.     Again, simply put, there are many victims.  But unlike other victims, I have the experience and team support to fight back.  This Court is where such violations of Constitutional rights are redressed.  Defendant's attempts to limit those rights are shameful and must be rejected.

55.     Finally, Brittany and her mother face criminal charges.  They face the transfer of the dissolution action to an annulment action in Clark County, Nevada.  They face a Special Action Appeal in Maricopa County.  They and the City of Mesa face a Special Action Appeal for the phony criminal charges and wrongful convictions.  They face this action.  And they and the other individual defendants face an IRS 211/212 claim for tax evasion..

56.     And that is not all.  Several well known and well respected law firms in Arizona are preparing class actions against these defendants for the various criminal frauds they committed and the institutions, public and private, that aided and abetted them.  The evidence gathered to date

shows that manipulation of court databases in cities and counties in Arizona has resulted in guilty individuals being freed and innocent individuals (who pose some threat to the criminal enterprises) be charged with crimes.

57.     This is a very serious breach that won't go away anytime soon.

58.     The defendants chose to commit criminal acts.  They chose to attack me and others with false charges, horrific defamation and even physical attack.  They do not have the right to complain about the consequences.  In the words sung by Sammy Davis, Jr. from the theme to the television show, Baretta: "Don't do the crime if you can't do the time."

59.     Brittany's motion is frivolous and dangerous.  It must be denied.

I declare under penalty of perjury that the foregoing is true and correct and if called as a witness, I could and would testify competently thereto.

Executed on this 26th  day of September, 2021 at Las Vegas, Nevada.

_____
JOHN H. THALER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STATE OF NEVADA            )
                          )                    <u>PROOF OF SERVICE BY E-MAIL</u>
COUNTY OF CLARK           )

I am a citizen of the United States, and a resident of the County aforesaid.  I am over the age of 18 years and not a party to the within entitled action and am an active member of the State of California.  My business address is 2510 E. Sunset Road, Suite 6-124, Las Vegas, Nevada 89120.  On September 20, 2021, I served the within

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT; DECLARATIONS OF: JOHN H. THALER; JACQUELINE S. BREGER, STEVEN ROTH, JOHN J. STANLEY; REPORTS OF LINDA L. MITCHELL.**

on the persons interested in said action by sending the same by e-mail as follows:

See Attached List

I certify under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  Executed at Las Vegas, Nevada, September 21, 2021.

JAIME MUNOZ

**SERVICE LIST**

| | |
|---|---|
| bthaler@iprotech.com | Brittany R. Chavez aka Thaler<br>In Pro Per |
| drchavez01@aol.com | Dawna Chavez<br>In Pro Per |
| hrosing@klinedinstlaw.com | Heather Rosing<br>For Defendant Greg R. Davis |
| js@johnstanleylaw.com | John J. Stanley<br>For Plaintiff |
| jsammartino@klinedinstlaw.com | Joseph Sammartino<br>For Defendant Greg R. Davis |
| rtamaddon@hinshawlaw.com | Ray Trammadon<br>For Defendant Marvin L. Davis |
| stully@hinshawlaw.com | Steven Tully<br>For Defendant Marvin L. Davis |

## DECLARATION BY JACQUELINE S. BREGER

**I HEREBY DECLARE:**

1. My name is Jacqueline S. Breger. I am not a party to this case. I am over eighteen years of age. I have been a resident of Arizona for the past twenty-four years. I am a homeowner in Scottsdale.  I have an MBA and hold insurance licenses for Health, Life, Property and Casualty. I own my own insurance agency. I am a divorcee, having been married for twenty-two years to an attorney and the father of my three daughters. We have successfully coparented our children for the past four years. Two of our daughters are currently over eighteen, one a graduate of ASU Barrett the Honors College in Neurobiology Pre-Med with a 4.0 GPA and the second a freshman at NAU. Our youngest daughter is still in High School and continues to spend 50% of her time with me and 50% of her time with her father.

2. I have known Mr. Thaler for almost four years and have worked with him on previous insurance claims cases with his acting as an independent consultant.

3. I have been working with and researching this matter on behalf of Mr. Thaler for 19 months and in doing so I have spent a lot of time (on average ten hours per day) with Mr. Thaler and would say that I know him very well.  I can attest that almost all of the 'facts' provided by Brittany Chavez aka Thaler in the "Motion to declare John Thaler as a Vexatious Litigator" are false or taken out of context to mislead the Court.

4. ***I have addressed each untrue or misleading statement by Brittany below:***

***<u>The most concerning of all the claims made by Brittany Chavez aka Thaler was:</u>***

**"Thaler's bad conduct was well documented in the divorce decree" – the decree is a FAKE**

a. Linda Mitchell, a very well-known and extremely proficient Forensic Document Expert analyzed the Judge's signature on the divorce decree and stated that the signature was not that of Judge Marvin Davis and was most likely that of Brittany Chavez aka Thaler. Any and all information in that decree is FRAUDULENT. It is likely that Brittany herself wrote the decree.

b. Having gotten divorced and having worked for an attorney, even I, in my limited experience, am aware that the verbiage in the decree was inconsistent with the case. It is missing pertinent information that is always standard in a divorce decree. It discusses information that is not even relevant to this case and the final confirmation of its lack of authenticity is its fake signature. To date, Judge Marvin Davis has not presented Mr. Thaler with a true and authentic copy of his signature, nor has he personally stated that he wrote and signed this decree or any other rulings in this case for that matter.

**Addressing the so called 'claims' made about Mr. Thaler in the divorce decree:**

II.   **Refusing to engage in reasonable negotiations**

a. Mr. Thaler has presented MULTIPLE settlement offers to Brittany, all of which have been ignored. Mr. Thaler spent four hours discussing and settling this case with Shauna (Brittany's aunt) in February 2020, however Brittany refused to agree with the terms.

b. Mr. Thaler has appealed to both Dawna (Brittany's Mother) and Shauna (Brittany's Aunt) to get Brittany to consider a settlement offer, to no avail

c. Mr. Thaler has appealed to Brittany's attorney, Mr. Greg Davis, to arrange a face to face meeting between himself and Brittany at his office to discuss a settlement. He has offered Mr. Davis multiple opportunities for Brittany and himself to discuss settlement options

d. Brittany has ONLY ONCE offered a settlement option, which was more like a manifesto than a settlement offer. It stated that John would not be a father to McKinley and that she would have the ability to overrule any court decision regarding her son. Brittany has not suggested Mr. Thaler and her meet to discuss their child and what is in his best interest.

III.   **CLAIM: John's motivation for filing these lawsuits is to bankrupt, harass and harangue Brittany – FALSE.**

a. John Thaler's motivation for filing all of the lawsuits has not been to bankrupt, harass and harangue Brittany, but rather to expose Brittany for the criminal that she is and to rightfully be reunited with his son, McKinley.

b.  Brittany took Mr. Thaler and her then, two-year-old son, McKinley, on September 16, 2020, and never returned him on September 19, 2020 (this happened to also be the Jewish New Year – Rosh Hashanah and Mr. Thaler and McKinley were invited to my family to celebrate this High Holi-day with us) as ordered by the temporary custody agreement set forth by the Superior Court on February 20, 2020. She has not permitted Mr. Thaler to see, talk to, or have any communication with his son whatsoever since that time.

c.  Brittany has also not allowed any of Mr. Thaler's friends or family to have any interaction or communication with McKinley.

d.  I personally went to visit with McKinley at Brittany's mother's house located at 9502 E Olla Circle, Mesa, AZ 85212 on October 6, 2020, to make sure he was OK and to appeal to Brittany to allow Mr. Thaler and McKinley to see each other. She refused to allow me access to McKinley, and said that she would not permit Mr. Thaler access to him either. I heard their concerns and offered to attempt to mediate. Having spoken to Mr. Thaler, I texted Dawna (as I did not have Brittany's number) and both Dawna and Brittany ignored any further communication from me.

e.  On December 12, 2020 (McKinley's third birthday) I returned to visit with McKinley. I arrived laden with gifts and treats for McKinley from his father and myself. I was met by Dawna Chavez, Brittany's mother, in the front of the house. Before I was able to exit my vehicle, Dawna had called the Mesa Police and proceeded to lie profusely. Dawna stated that I was being aggressive, vulgar, and threatening when in fact I had not yet had a chance to engage in any conversation whatsoever. Dawna was exhibiting frantic, erratic, and paranoid behaviors.  She told the police, falsely, that she feared Mr. Thaler was hiding in my car with a weapon. Mr. Thaler was not even in Arizona at the time. I am completely unaware of whether the Mesa police dispatched a unit to Dawna's home as I left after leaving the gifts and treats on the sidewalk as I did not want to engage with Dawna given her hysterical and frantic behavior.  I never heard from the Mesa police

regarding this incident so I can only assume they also witnessed this irrational and erratic tantrum in response to someone bringing birthday gifts for her grandson.

**IV. Brittany Thaler is a technical trainer - FALSE**.

a.  Brittany Thaler is not just a mere technical trainer; she is a trial paralegal and from my understanding from Mr. Thaler she has been integrally involved in over 20+ trials. Mr. Thaler has also mentioned to me that Brittany has taught at a paralegal school. She is currently employed with iPro where she trains employees of law firms on the iPro software, given her extensive legal experience.  Saying she is a technical trainer without mentioning that she is a Trial Paralegal is misleading to this Court.

**V. "Mr. Thaler is a convicted criminal" = FALSE**.

a.   Having been integrally involved in this case from the beginning, I have noticed that Brittany tends to transfer any of her own shortcomings, wrongdoings, and bad choices onto Mr. Thaler. If she is guilty of using drugs, she accuses Mr. Thaler of doing so. If she is stealing money from Mr. Thaler, she accuses Mr. Thaler of stealing money from her and so on. Brittany is the criminal. She is involved in many criminal schemes including money laundering, computer hacking, bankruptcy fraud, payroll fraud, etc. Mr. Thaler and I have spent the last couple of years uncovering extensive evidence of her criminal conduct and have and will continue to submit this evidence to the authorities. The details of these criminal actions are in Mr. Thaler's federal complaint. Additional evidence is found in the reports of Questioned Document Examiner, Linda Mitchell, as referenced below and attached as exhibits hereto.

b.  Brittany refers to herself as Mr. Thaler's 'ex-wife', however the forensic document expert, Linda Mitchell, has confirmed that the judge's signature on the Divorce Decree is fake (a tracing forgery)

**VI. Mr. Thaler violated an order of protection against Brittany is false.**

a.  The order of protection that Brittany got against Mr. Thaler was fraudulently obtained. This can be verified by the fact that the case number for the order of protection (FC 2019-098471) is higher than the case number for the Petition for Dissolution of Marriage

(FC 2019-098211), however the Order of Protection was filed before the Dissolution of Marriage.

b.  Mr. Thaler's ONLY contact VIA TEXT with Brittany following the Order of Protection was in December 2019 when he was admitted to hospital to undergo an angioplasty procedure and needed to submit a copy of his Living Will to the hospital prior to the procedure. This document was in Brittany's possession at that time. (how do you know this?) Thereafter, Mr. Thaler had absolutely NO contact with Brittany whatsoever.  I was with Mr. Thaler every day, all day and he discussed with me every contact he had with Dawna regarding McKinley.

c.  Brittany filed multiple FALSE reports that Mr. Thaler violated the Order of Protection. Many of the days and times she said he texted her, Mr. Thaler and I were together working, and I can vouch for the fact that he did NOT text Brittany. However, whenever Brittany / Dawna failed to bring McKinley to a custody exchange, Mr. Thaler would file a report of interference with judicial proceedings, violation of custodial rights and custodial interference with the Mesa Police Department. Those charges were never filed by the Mesa police with the City Prosecutors office and charges were never filed against Brittany and Dawna for those violations.

d.  From my understanding John did not have Brittany's new phone number as she got a new phone and mobile account after they split.

e.  Brittany and I had a personal in person exchange on October 6, 2020, where she quoted private text messages I had sent to Mr. Thaler to which she would ONLY be privy had she either seen his phone or seen the messages. Mr. Thaler never allows anyone to access his phone as he is extremely protective of his communications with his clients and their right to 'attorney / client privilege.

f.  **Therefore it is obvious that Brittany cloned Mr. Thaler's phone**. During our investigations we found communications between Brittany and a company on the east coast where she was inquiring about the ability to clone a phone and the length of time it would take to do so. Mr. Thaler would often complain to me, when he was still living

with Brittany, that Brittany would 'take' his stuff and then miraculously find it, especially items such as his phone, keys, briefcase etc. This happened frequently before he was scheduled to leave for a business trip. One such time she stole his phone for an entire day / night so he could not leave on his trip until the following day when the phone 'reappeared'.

g.  Brittany filed multiple FALSE reports regarding Mr. Thaler violating the restraining order resulting in multiple hearings. These were scheduled during Covid-19, which made it extremely challenging to appear in person. In addition, some of these hearings were scheduled when Mr. Thaler was either in another court representing a client or in hospital due to extremely high blood pressure attacks. Even though Mr. Thaler communicated as such to the Mesa Municipal Court, warrants were issued, and Mr. Thaler was forced to leave Arizona.

h.  Mr. Thaler hired an attorney, Charlie Neagle, who has appeared at EVERY hearing on Mr. Thaler's behalf, so even though he has not been present, he has been represented by Counsel. Mr. Neagle initially stated that he would be able to get the warrants quashed as long as a plea was entered, as was 'normal' protocol in the Municipal Courts in Arizona. **However in this case the Judge refused to quash the warrants.** Mr. Neagle explained the situation to the Judge and asked that, given the extenuating circumstances, these cases be moved to another court. In addition, Mr. Neagle informed the Judge that as long as the warrants were in place, Mr. Thaler felt it was not safe to return to Arizona (he did not trust the Mesa Police given that he had identified some were corrupt). Therefore, he was unable to prepare for or participate in the trial. In addition, by keeping the warrants in place, the Judge was assisting Brittany in keeping McKinley from Mr. Thaler as he was unable to be in Arizona and therefore unable to schedule visitations. **The Mesa Municipal Judge still refuse to quash all the warrants.**

**VII. Filed frivolous pleadings**

a.  Mr. Thaler has only filed motions that are backed up by extensive evidence. For the first approximate nine months, Mr. Thaler did not initiate any legal action. His sole

engagement in any Court action was in **response** to Brittany's multiple filings and motions.

b. Every motion filed by Mr. Thaler has included a signed declaration where Mr. Thaler has declared under penalty of perjury that what he was saying was true. Brittany has yet to file a single court document where she declares that what she says is true under penalty of perjury.

c. Mr. Thaler has only initiated legal action to gain access to his son. Prior to Brittany taking McKinley in September 2020, Mr. Thaler's motions and filings were all in response to Brittany's motions et al.

**VI Engaged in inappropriate and unreasonable behavior**

a. Mr. Thaler has NEVER engaged in any inappropriate or unreasonable behavior. Mr. Thaler has always been respectful in Court and in his engagements with any court appointed individuals. Getting upset or frustrated after Brittany took McKinley and refused to participate in the court ordered exchange is not 'engaging in inappropriate or unreasonable behavior'. **Anyone with children knows that it is definitely reasonable to be frustrated and upset if another individual does not permit you access to your child.**

b. Mr. Thaler is an outstanding parent and has always only shown love, devotion, caring, kindness, patience, and dedication to his son and other children.

c. This is yet another example of where Brittany transfers her behavior to Mr. Thaler. It is Brittany who has engaged in inappropriate and unreasonable behavior.

d. McKinley would tell Mr. Thaler and me stories about his mama (Brittany) when he would spend time with us. These would seem to involve inappropriate behavior on behalf of his mother.

**VIII.    Was in a state of mental health that was questionable and of serious concern AND Failed to complete and even blatantly refused to engage in a court ordered psychological examination**

a.  Once again, this is evidence of Brittany's strategy where she transfers her own issues onto Mr. Thaler. Mr. Thaler NEVER refused to have a psychological examination and was never in a state of questionable mental health. Mr. Thaler offered to have the psychological examination to both Mr. Greg Davis (Brittany's attorney) and to the Court Appointed Advisor, Barb Kiffmeyer. His only request was that it be MUTUAL. It was Brittany who REFUSED to participate in the psychological examination.

## IX.  Intentionally misled the Court by making baseless and unfounded allegations …

a.  Every single allegation made by Mr. Thaler was supported by evidence. I personally have seen and verified every document that has been submitted as evidence of Brittany's criminal activity. On the contrary, each allegation made by Brittany against Mr. Thaler has been made without submitting any evidentiary support.

b.  Every motion filed by Mr. Thaler in the Dissolution for Divorce and Custody case while Judge Marvin Davis presided over the case was denied or ignored, whereas every motion filed by Brittany was granted.  For the support of bias by Judge Davis – note the evidence cited in the underlying motion by Mr. Thaler of Judge Davises receiving bribes at least in the form of phony mortgage.

## X.  Made claims that did not appear to be "tethered to reality"…

a.  The claims made by Mr. Thaler against Brittany are difficult to comprehend given the magnitude and expanse of the criminal activity she is involved in, however, every claim was based upon evidence found through extensive and thorough investigation and research. All these findings were presented to the Court. The fact that the Court ignored all the evidence suggests that Judge Marvin Davis was either being bribed, blackmailed, or threatened to support Brittany's case.

## XI.  Acted in a manner that could seriously damage the wellbeing of his child

a.  Nothing is further from the truth and once again, I see this as Brittany once again transferring her own behavior and guilt onto Mr. Thaler. Brittany is the one that is acting in a manner that is seriously damaging her child. By keeping McKinley from any interaction with his father she is alienating McKinley from a parent, which has been

researched by therapists and verified to have very deep and long-term psychological effects on a child.

b.  Mr. Thaler is one of the most dedicated, loving, caring, responsible and devoted parents I have ever met.

c.  Mr. Thaler has a son who is twenty, whom he had fifty/fifty custody of with his ex-wife. Mr. Thaler was Matthew's primary care giver until he was fifteen.

d.  Matthew is a wonderful, independent, bright student who attends Berkley University in Northern California.

e.  I have personally seen Mr. Thaler interacting and caring for McKinley and he is amazing with him. He is completely dedicated to his children. Mr. Thaler enjoyed taking McKinley swimming, to the Dinosaur Museum, to the Aquarium, to the Zoo, to Baseball games and to seasonal events.

f.  I have two teenage daughters and one young adult daughter and Mr. Thaler is the first person I turn to when I need any parenting advise or guidance. He has incredible insight into parenting and raising children. He has spent time reading parenting books and shares what he has learned both from the experts and his own experiences. He is extremely knowledgeable when it comes to raising kids.

## XII. Filed pleadings that were incoherent/delusional solely for the purpose of threatening and harassing everyone in the case

a.  As I previously stated, every pleading, motion or brief filed was substantiated with numerous exhibits that evidenced any claims made. I proofread all documents filed. I can attest to the fact that there was not a single document filed that was incoherent or delusional.

b.  The purpose of filing every motion and every brief or pleading was, as I stated previously, to expose Brittany for the criminal that she is and to plead with the Court to order Brittany to return McKinley to Mr. Thaler and reinstate the 50/50 custody agreement.

## XIII.    The Court Sanctioned Thaler and ordered him to pay me more than $90,000 in legal fees – False

a. The Court proceeded with the trial on December 29, 2020, despite Mr. Thaler being rushed to hospital with severe cardiac symptoms and not being able to participate. I bear witness to the fact that John was in Hospital in Las Vegas on 12/6/2020, 12/10/20 and 12/29/20. I was with John 24/7 for the week between Christmas and New Year of 2020 helping him prepare for the trial. ***John had no contact with Brittany or Dawna during that week. On 12/29/20 while I was in Las Vegas, and I personally rushed him to the hospital as he was exhibiting symptoms of possibly having a heart attack***. His Blood Pressure was excessively high, and he was sweating, weak, had chest pain and was extremely pale. John has been having these 'attacks' since 2019. I have personally taken him to hospital on three separate occasions.  I called the Court to inform the Judge regarding Mr. Thaler's medical emergency. Judge Davis, completely uncompassionate, ruled that the trial would continue. Judge Davis permitted me to listen in on the trial. I subsequently heard Brittany tell one untruth after another with regards to bills, costs, marital assets and so on. I am very well versed in the breakdown of the marital assets and it was just too convenient that the costs Brittany incurred amounted to almost an equal dollar amount of Mr. Thaler's portion of the marital assets.

**XIV.** **The Court granted me sole legal decision-making authority over our minor son and granted Mr. Thaler supervised visiting time only**.

a. Judge Marvin David proceeded with the custody hearing and the trial despite Mr. Thaler's submission of medical records indicating that he was in hospital for cardiac issues on both occasions. Linda Mitchell, the forensic document expert, reported that all the documents seemingly signed by Judge Davis were fake. All those signatures were either copied or traced. The signature on the Decree and on one of the rulings were done by the same person and were definitely not that of Judge Davis. Therefore the 'ruling' of the Court granting Brittany sole legal decision-making authority is null and void.

b. Even IF the ruling were authentic, Brittany has not permitted Mr. Thaler to see or speak to McKinley since September 16, 2020, supervised or not. Mr. Thaler has attempted to schedule visitation in a supervised facility with a supervisor and Brittany failed to bring McKinley to the facility. Instead, she called the police so that they would go and falsely

arrest Mr. Thaler. Mr. Thaler, luckily, left a few minutes before the police arrived to arrest him.

c.   Your Honor, how could Mr. Thaler have participated in these two-hour, twice a week visits with his son when he was being run out of the State and was unable to return? Despite this fact, I witnessed Mr. Thaler reaching out multiple times to Mr. Davis requesting information on the process of getting in touch with the newly appointed facilitator to at least be able to video conference with his son. He was NEVER furnished with this information. Every request was ignored. Not wanting to violate the restraining orders, he had no other individual to contact to find out this information and had no other means by which to arrange any opportunities to see his son. Mom and Grandma did NOT even permit McKinley to see his father on his third birthday, despite Mr. Thaler's multiple requests to, at the very least, speak to or video conference with his son communicated through Mr. Davis.

d.   It is my personal opinion, based on what I have seen and been privy to with regards to this case, that Brittany has absolutely NO intention of EVER allowing Mr. Thaler to have a relationship with his son. Mr. Thaler has appealed on numerous occasions to Brittany's aunt and attorney to find a way for Mr. Thaler to see his son. I have personally written to Brittany's mother appealing to her to find a way for Mr. Thaler to see his son, to no avail.

**XV.      Shortly after the court entered the decree of dissolution, Thaler file an unsolicited ex parte communication claiming, with no evidence, that the divorce decree had been forged by my attorney – False**

a.   Mr. Thaler has always filed documents with the Court and attached evidence of any claims to substantiate his findings. I help assemble these documents and exhibit packets. Mr. Thaler did state that the divorce decree was forged and this was substantiated by Linda Mitchell, Forensic Document Expert.

**XVI.     In a last-ditch effort to avoid his consequences, Thaler moved to have his judge disqualified and all orders set aside**

a.   Thaler did move to have Judge Davis removed from this case and all orders set aside, but not for the reasons indicated by Brittany. Mr. Thaler never submitted a motion to

have Judge Davis disqualified, but rather to have Judge Davis dismissed from presiding over this case. Mr. Thaler filed these motions once it was clearly apparent that Judge Marvin Davis was either being bribed, blackmailed, or threatened to allow Brittany to sabotage his courtroom. Mr. Thaler was left no choice but to include Judge Davis in the federal litigation filed in California at the time. Given that Judge Davis was now a defendant in a federal lawsuit brought to the federal court by Mr. Thaler, Mr. Thaler was obligated to request that Judge Davis step down or be dismissed from handling this case and one would assume that Judge Davis would, of his own accord, step down from this case. He did not.

**XVII.      While the divorce case was pending, Thaler engaged in harassing conduct towards me even outside the confines of the case. False.**

a.    As indicated previously, Mr. Thaler has had zero contact, via text, email, phone or in person with Brittany after his initial hospitalization and subsequent angioplasty procedure. Mr. Thaler has certainly not engaged in any harassing conduct towards Brittany or any contact whatsoever that I have witnessed. The only contact Mr. Thaler has had with Brittany has been to serve her as required by the Court.

**XVIII.      Thaler violated the order of protection on numerous occasions and had 26 encounters with the Mesa Police Department between December 13, 2019 and the date of the divorce decree that involved "charges/allegations. of interference with judicial proceedings, custodial interference or an Order of Protection.".**

a.    John Thaler did not violate the order of protection. Mr. Thaler was the one who reported Brittany and Dawna for "interfering with judicial proceedings" and "custodial interference", not the other way around. The only FALSE and FRUADULENT reports from Brittany against Mr. Thaler were that of violating the order of protection. As mentioned now three times, the ONLY interaction Mr. Thaler initiated with Brittany was when he was in hospital and needed his living will.

**XIX.      Thaler sued me in Clark County, Nevada, seeking a divorce and custody of our child**

a.    In the custody trial on December 29, 2020 Brittany expressly stated that Mr. Thaler had no interest in seeing McKinley. However, in each motion filed by Mr. Thaler he

expressly states his angst over Brittany withholding McKinley from him and the fact that he sues her in Nevada for custody is once again proof of his dedication and commitment to being an engaged and active father in McKinley's life.

**XX.      In the Complaint for Annulment that Thaler filed in the Clark County court, he baselessly claimed that I had committed polygamy and fraud, and made a number of other false statements in an effort to gain custody of his child, despite the Maricopa County court having already decided this issue.**

a.   Brittany is listed as being married to multiple individuals in recorded deeds with the Maricopa County Recorder's Office. I have personally seen these deeds and compiled the motion and exhibits to provide them to the Judge in Clark County Nevada. The Judge in Nevada did not consider these polygamy claims as "baseless" and was quite prepared to take over jurisdiction of this case provided Arizona was prepared to give up jurisdiction over it. Judge Bruce Cohen and Judge Marvin Davis denied this request. None of the statements made by Mr. Thaler in this annulment complaint were false. They were all substantiated, once again, by evidence.

**XXI.      In particular Thaler accused me and my family of being "career criminals,... who engaged  in "real estate fraud, money laundering, insurance fraud, mortgage fraud, tampering with official records, bribery, forgery and extortion."**

a.   These accusations are all substantiated by evidence I have personally seen and that have been viewed by experts such as Linda Michell, Forensic Document Expert, other attorneys and even lay individuals who have stated that the writings and signatures all resemble that of Brittany and Dawna. These documents have been submitted to the authorities for further investigation.

**XXII.      Thaler has made it clear that he will not stop his bullying of me or his abuse of the legal system until this Court makes him.**

a.   Mr. Thaler has and does not 'bully' Brittany. Mr. Thaler has appealed to Brittany through her attorney to settle this case as any regular divorce in Arizona. He has repeatedly stated, in front of me, that all he wanted was 50% custody of his son and 50% of the marital assets.

b.   It is Brittany who has taken a so-called 'regular' divorce case and turned it into a complete abuse of the legal system.

c.   It is Brittany who has violated the February 20, 2020, court order numerous times.

d.   It is Brittany who has withheld McKinley from Mr. Thaler for over a year. It is Brittany who has stollen the marital assets that belong to Mr. Thaler (Over $100,000) and it is Brittany who has refused to act reasonably and rationally by refusing to settle this case as any 'regular' divorce case in Arizona. I have been through a divorce myself after a 22-year marriage, I know many attorneys who handle divorces and have a large group of friends who have been through a divorce in Arizona and unless one party stipulates that they would prefer less parenting time, in almost all cases, the marital assets are split 50/50, and custody is 50/50. Mr. Thaler and Brittany were married for three years. This divorce should have been simple and easily resolved.

e.   It is Brittany who has created a mountain out of a molehill, which can only be explained by her fear of going to prison and her using her son as a bargaining chip with Mr. Thaler. In my opinion, given what I know about the case, Brittany is not the victim, Brittany is the bully.

I declare under penalty and perjury of law that the foregoing is true and correct, and if called as a witness, could and would testify competently thereto.

Executed on this 22 day of September 2021 in Scottsdale, Arizona

_____

**JACQUELINE S. BREGER**

## DECLARATION OF STEVEN ROTH

I, Steven Roth, declare as follows:

1.      I am not a party in this matter and am over the age of 18. I have personal knowledge of the facts stated herein and if called as a witness could and would testify truthfully thereto.

2.      Since 1991, I have been a California licensed Life, Accident & Health insurance Agent (License #0832811).   In 2014, I obtained my California Life & Disability Insurance Analyst license (same license number). This License number is 0832811. Since 1991, during the ordinary course of my business, I have examined tens of thousands of documents in connection with pending and contemplated litigation.  In some of those matters, the question of forgeries and false personation was at issue.

3.      I have extensive experience and extensive training, including annual ongoing training and my independent ongoing review of insurance rules, regulation, relevant insurance and business and professions' code and other statutory authority, as well as case law governing the life insurance policies, including the sale to customers of same.

4.      Since 2004, I have served as a litigation consultant and testifying expert witness in insurance cases.   I now have approximately twenty-nine (29) years of experience in the insurance industry.  I have been involved in at least fifty policyholder/insurer disputes, which have resulted in over $200 million of recoveries for policyholders.  These have been in both individual and class action lawsuits throughout the country.  I have been accepted or qualified as a subject matter expert and have testified in California State Court, Federal Court, Bankruptcy Court, and before the Financial Industry Regulatory Authority ("FINRA").  I have also been a frequent speaker concerning life insurance education events to audiences of lawyers and other professionals.  I have been interviewed by Forbes (several times), The Wall Street Journal, and Investor's Business Daily.  A true and correct copy of my current curriculum vitae is attached hereto as **Exhibit A**.

5.      I have known John Harris Thaler since 2000.  I have had periodic contact with

Mr. Thaler since that time.

6.    In late 2020, Mr. Thaler contacted me concerning a series of matters that he described to me as having potential merit to warrant civil and criminal action. These matters involved his then wife Brittany Chavez Thaler, as well as several members of her immediate family and others.

7.    Mr. Thaler presented me with a large body of documents bearing what he suspected was the handwriting and signature style of Brittany Chavez Thaler and her mother Dawna. These documents were from numerous bankruptcy filings, insurance claims, business formation and banking records, employment records, medical liens, and others.

8.    Over the years, I have worked with several questioned documents examiners as part of my occupation.  In examining the documents, I saw stunning similarities and hallmarks between the handwriting and signature style within the documents of what purported to be several unrelated individuals with the first name of "Brittany".

9.    Mr. Thaler presented me with a questioned documents examiner report dated March 14, 2021, from Linda L Mitchell, D-ABFDE, Certified Forensic Document Examiner. Ms. Mitchell concluded that some of the questioned documents provided to her by Mr. Thaler, involved Brittany Chavez Thaler as probably or being indicia of her signing documents under at least seven (7) other identities. Ms. Mitchell could not eliminate Brittany Chavez Thaler as the author of several other identities.

10.    I understand from Mr. Thaler that Ms. Mitchell has recently completed her review of additional documents and concluded that Brittany Rae Chavez Thaler and her mother Dawna Rae Chavez are in fact the authors of the alleged phony bankruptcies and other torts.

11.    I observed from my review of the documents provided to me by Mr. Thaler that at least one business that was recorded with the Arizona Secretary of State as being organized by Brittany Chavez Thaler was suspicious on its face.  That business was B's Learn N' Play, a purported childcare facility located at 6211 W Indianola Ave. Phoenix, AZ

1

85033[1].  Below is a picture I copied of the location from Google Maps from a February 2019

2

image capture of the property.



3
4
5
6
7
8
9
10
11
12
13
14
15

16        12.    The address for that business is a run down small single-family home with

17

other businesses, including a computer-related business, using the same address.  I could also

18

find no advertising or Google or Yelp listing for B's Learn N' Play.  I cannot imagine

19

anyone sending their child to such a location or business, or that business being legitimate.

20        13.    Based on the information provided to me by Mr. Thaler, along with my

21

independent investigation, which included my reviewing hundreds of documents, I came to

22

the opinion that there was probable merit to at least some of Mr. Thaler's claims concerning

23

Brittany Chavez Thaler and her associations based on having more complete information and

24

documents for those matters.

25        14.    On that basis, I contacted the FBI to report the incidents and see if they had an

26

27

28

[1] https://www.google.com/maps/place/6211+W+Indianola+Ave,+Phoenix,+AZ+85033/@33.4923166,-112.1931526,3a,75y,203.26h,90t/data=!3m6!1e1!3m4!1slUBqu5oz1neiSXUC-9QwYw!2e0!7i16384!8i8192!4m5!3m4!1s0x872b152718b73f43:0x3bc093301ad3b092!8m2!3d33.492139!4d-112.1932504#

interest in an in-person meeting with Mr. Thaler and myself.

15.    On June 10, 2021, Mr. Thaler and I met with an FBI agent in Los Angeles, CA at a law firm. Mr. Thaler made a presentation of some of his evidence to the FBI agent using a computer and projector. The meeting lasted approximately 2 hours.  The FBI agent asked several questions. At the conclusion of the meeting, the agent stated that he wanted copies of the records and felt there was enough proof for him to write up the matter and recommend that an FBI investigation be initiated.

16.    I have also discussed Mr. Thaler's evidence and theories with several lawyers, who have expressed an interest in potentially pursuing one or more of these matters.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Los Angeles, California.


Dated:  September 21, 2021


_____

Steven Roth, DECLARANT



**STEVEN E. M. ROTH,**
**California Life & Disability Insurance Analyst**
**Lic: #0832811**

President of Wealth Management International, Inc.

## EMPLOYMENT HISTORY

2004 - Present – President of Wealth Management International, Inc: An objective financial advisory firm that provides a comprehensive estate audit service – utilizing highly qualified experts – delivering unbiased, complete, accurate advice and analyses through clear explanations of insurance, investment, tax, legal, and risk management products/strategies – uncovering missed opportunities and sub-optimal issues, and obtaining remedies on behalf of clients.  Steven formed WMi as a result of his experiences within the financial services industry.  In his twenties, Steven fell victim to a Ponzi scheme called Tradex, which he exposed in 2003 by going to the FBI, and where he was later fraudulently sued by investors trying to recover their losses.  While Steven prevailed in all of the cases, the lessons he learned from those experiences drives him to do what he does and adds greatly to the protection his clients receive in avoiding loss.  WMi's and Steven's core services are uncovering financial scams perpetrated by agents, stock brokers, attorneys, and other professionals on customers, and providing expert litigation support, expert testimony, and other consumer-focused financial recoveries.

2002 - 2004 – President of R&D Asset Management: A globally diversified hedge-fund company trading in currencies, equities, commodities, futures and options.

1993 - 2003 – Independent Insurance and Investment broker – represented over 30 insurers and mutual fund companies nationwide (primarily representing New York Life Insurance Co. and NYLIFE Securities, Inc.) – specializing in life and disability insurance, long-term care, variable insurance, and investment products.

1991 – 1993 Agent for PennCorp Financial Group: Life and disability insurance agent.

## PROFESSIONAL ACKNOWLEDGEMENTS
- Million Dollar Round Table Qualifying Member - 1994 - 2002
- Centurion Award (NYLIFE) - 1995 - 2002
- National Quality Award (National Assoc. of Insurance and Financial Advisors) - 1996 - 2002
- National Quality Award (National Assoc. of Life Underwriters) - 1997 - 2001
- President's Council Award (NYLIFE: *youngest agent to ever achieve this award in the company's then 150-year history)* - 1995
- Top Producer Award Western Region (PennCorp Financial Group) - 1991 - 1993

## CURRENT LICENSES HELD (California)
- Life and Disability (Accident) and health insurance agent's license (since 1991).
- Life & Disability Analyst (since 2014)

**PREVIOUS LICENSES HELD (**California)
- Series 6 & 63 (2003-2013[1])
- Real Estate Sales Persons
- Life Settlement Broker

**ARTICLES AND SPEAKING ENGAGEMENTS**
**Articles**
- Featured in **Forbes** Magazine: "Sounding The Alarm On Indexed Universal Life Insurance", a consumer warning piece concerning complex premium financing and Indexed Universal Life insurance – September 23, 2020
- Featured in **Forbes** Magazine: "Kill The Messenger", an critique of investment advisors and products – December, 2008
- Interviewed in **INVESTOR'S BUSINESS DAILY**:" Annuities: Plus Or Too Many Minuses?" discussing the fallacies of Equity Indexed Annuities' returns – March 20, 2008
- Featured in **Forbes** Magazine: "Deferral Games", an exposé on Private annuity Trusts – February 26, 2007
- Interviewed by **THE WALL STREET JOURNAL** "'Structured Sales' Aim to Ease Tax Bite, but Returns Are Slim" March 22, 2007

**Speaking Engagements**
- OffshoreAlert 12th annual conference: foreign and domestic life insurance, Life Settlement scams and litigation techniques and legal theories
- CreditCRM annual conference April 17, 2009
- Santa Barbara College of Law 2009 – 2012, numerous presentations to the SB Estate Tax Section on the topics of: Charitable Remainder Trusts, Private Annuity Trusts, foreign and domestic life insurance, Life Settlements, and annuity scams
- Various estate tax planning law firms August 2008 – present on the topics of: Charitable Remainder Trusts, Private Annuity Trusts, foreign and domestic life insurance, Life Settlements, and annuity scams

**EDUCATIONAL SEMINARS TO LAW FIRMS AND ACCOUNTING FIRMS 2004 – PRESENT**

**Topics:**
- Tax traps, hidden expenses and their impact on the viability of strategies and products
- Life settlement schemes and abuses of investors and the elderly
- Optimal and sub-optimal use of financial strategies and products
- Challenging conventional wisdom through analytic testing and modeling
- Uses and abuses of Variable, Fixed, and Equity Indexed Annuities, Private Annuities, Life Insurance, Premium financed Life Insurance and Life Settlements
- Evaluating Long-Term Care Insurance

---

[1] Ended by FINRA stipulation re selling away re: Tradex. Ca. Dept. of Corps. & FINRA (then the NASD), disagreed with advice Roth had been provided by his then NYLIFE manager that Tradex was not a security.

▪ Foreign & Domestic Asset Protection
▪ Overlooked effective Income/Gift/Estate Tax Planning Strategies


In addition to the continuous educational requirements to maintain licensing, Steven enhances his knowledge by participating in professional seminars and courses, and by being a member of various industry information services and advanced planning professional development programs.

Steven's extensive knowledge and objective analysis is frequently requested by attorneys, CPAs, and investment and insurance advisors in their evaluation of financial products and tax strategies due to his extensive knowledge and nationally recognized critical, objective pro-consumer analysis.

**PRO CONSUMER LITIGATION SUPPORT**
Serves as a consultant and expert witness to national law firms and top lawyers in numerous pro-consumer cases, ranging from deceptive investment and insurance sales practices to unfair insurance claims handling.  To date, Steven has been involved in cases resulting in estimated $200 million plus of settlements, awards and judgments.

2018 – *Behfarin v Prudential, et al.* (Class Action) identified a long-standing unfair business practice of Pruco companies overbilling policyholders to cure defaults on universal life contracts nationwide.  In 2001, Mr. Behfarin purchased what ended up being a $1.5 million Pruco survivorship variable universal life (SVUL) policy in effect on his elderly parents.  In 2016, Mr. Behfarin timely paid more than the contractually required three months of charges due to continue the policy.  Pruco improperly returned the premium then manufactured a policy lapse – claiming that the premium he remitted was insufficient, and that enough money to pay 15 months was required.  Pruco then improperly subjected Mr. Behferin's parents to re-underwriting / requalification for the polic. Pruco then found the Behrafins not healthy enough to keep the policy.  PruCo refused to honor the policy terms.  A class action was filed and Pruco settled on a nationwide-basis. The terms of the settlement required Pruco to only bill the correct 3-mo.  amount **Capacity: Consultant.**

2018 – *William Bussen Vs. Westpark Capital Financial Services* – AAA Case No. 01-16-0003-3623:  Mr. Bussen was sold a variable annuity under false pretenses as to the promised guarantees and rates of return.  He received $343,812.35 less than what he was promised in writing by the defendants' representative.   Roth testified that defendants could not have reasonably believed that what they told Mr. Bussen about the annuity to get him to invest was true, that Westpark negligently hired the rep., failed to disclose (as required) the reps bankruptcy filing just a few years before advising Mr. Bussen on the annuity, and failed to supervise their rep and maintain adequate supervision procedures.  Roth further testified that defendants acted fraudulently and willfully ignored their own SEC/FINRA required suitability procedure in taking Mr. Bussen's money.  The arbitrator agreed – returning an award for the promised contract claims of $343,812.35 and awarded $700,000 in punitive damages, for a total award of $1,043, 812.35. **Capacity: Testifying Expert.**

2019 – *Bryan Baker adv. North American Life Ins. Co.*

2018 – *Russell Burnam adv. North American Life Ins. Co.* – Mr. Burnam purchased a large Indexed Life Insurance policy from a friend and radio talk show entitled "smart money with Brian Baker".  Baker, the

host told Mr. Burnam that the policy had a 3% minimum crediting rate guarantee.  Three years into the policy the policy credited 0%.  Burnam retained Roth who got North American to waive a nearly $200,000 surrender charge.  Litigation was unnecessary.
**Capacity: Consultant.**

2013 – Larry Fienberg Adv. Guardian Life Ins. Co. – Mr. Fienberg was insured under a disability insurance policy. he had health issues that in his mind were marginal and did not cause him to file a claim under his policy.  His agent was aware of his health problems and two never lured him to potential coverage.  Mr. Roth from the opinion that Mr. Feinberg in fact had a covered claim for total disability under the policy. with Mr. Roth help, Mr. Feinberg filed disability claim under the contract which was initially denied. after a series of months and letters back and forth between guardian's claims Department and Mr. Roth, Guardian ultimately agreed with Mr. Roth and approved the $2.5 million plus tax-free claim.  Litigation was not necessary. **Capacity:  Consultant.**

2010 – *KING v AMERIPRISE FINANCIAL SERVICES, INC.; THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; et al INC.,* FINRA case – Plaintiffs were induced to liquidate their securities accounts and invest the proceeds in a variable annuity with the promise that the annuity had a principal guarantee against any loss.  The annuity value declined by over $600,000.  Roth discovered there was no such guarantee on the annuity.  The case was settled early in the process, with defendants paying most all the loss.  **Capacity: Testifying Expert.**

2010 - *Sheila Becker v Jackson National Life, Wedbush Securities, Debbie Saleh and Betty Saleh* – Elder abuse case involving churning, unsuitable margin and securities purchases including hidden annuity churning to maximize commissions at the cost to Ms. Becker.  To carry out the scheme, account statements and other documents were diverted to the Saleh's father's address, which was falsely listed as the address for Ms. Becker.   Settlements were reached with over $900,000 paid in damages for the malfeasance.  The Saleh sisters have been banned from the securities industry.  **Capacity: Consultant.**

2010 - U*pland Animal Hospital, et al v. Diversified Veterinary Management Corporation, Senex Insurance Services, Hartford Life Insurance Co.* Orange County Superior Court – Case No. 30-2011-00479421 – predatory insurance marketing scheme selling an unsuitable, inflexible, expensive and misrepresented IRC Section 412(i) fully insured defined benefit program (funded with high cost/high commission life insurance policies).  Plaintiff's losses were less than $500,000.  The case was settled for $1,125,000.  Plaintiff stated that the case turned out so well due to Roth.  **Capacity: Testifying Expert.**

2010—identified that *Lifestyle Settlements, Inc.,* (LSI) then owned by publicly traded and national conglomerate National Financial Partners (NFP), had violated California's fraudulent life settlement act by misrepresenting/understating bids to customers and their advisors on their life policies.  LSI was attempting to obtain the difference between the real offers and what LSI represented.  Steve Roth sued LSI as a pro per, including fraud, false advertising and unfair business practices claims.  Roth litigated the case for over 2 years.  The case was settled to Roth's satisfaction.  Soon after, LSI was shut down.  Its long-time founder and principal, Richard Gardener, claimed to be "retiring" at that time. What a coincidence. **Capacity: Plaintiff**

2009 — retained as a testifying expert in *Selma J. Fisch Vs. John Hancock Life Insurance Co.* et al. LASC Case No. BC108198.  The case involved the improper lapse and offer to reinstate the $50,000,000 policy on Mrs. Fisch's life at an increased premium of approx.. $1 million per year.  Roth testified that John Hancock's premium notices were misleading and deviated from the industry standard.  Roth also opined that John

Hancock's policy interpretation was incorrect and that they acted fraudulently intending to induce the lapse and repricing of the $50 million policy to protect their profits.  John Hancock lost the case at the motion for summary judgment stage.  In addition to getting the policy back at the lower pre-bad-act price, Hancock settled the case with the Fisch's under confidential terms.   **Capacity: Testifying Expert.**

2006 — identified that life insurance companies have been overcharging minors for policies, and concealing when lower rates become available.  In some cases, companies have denied premium reductions even when the insured was eligible and requested them.  50+ Companies include: AXA Equitable, MassMutual, New York Life and other top insurers.  As of this date, litigation is ongoing.  Some class-actions are in process and others have settled.  An estimated 1 million policyholders were deceived. **Capacity: Consultant.**

2006 — identified deceptive and fraudulent practices in the sale of variable annuities by 20+ insurers and resellers.  This matter involves hiding of significant fees and the negative impact on policyholder-investors accumulation values.  An estimated $5 billion in consumer damages – affecting several million policyholder-investors.  **Capacity: Consultant.**

2005 — brought a lawsuit *Steven Roth v USI Insurance Service Corporation* (a publicly traded insurance brokerage with over $350 million in annual revenue) for concealing excessive mark-up fees added to customer policies.  The case was settled in 2006.  **Capacity: Plaintiff & Consultant.**

2001— brought a lawsuit *Steven Roth v New York Life Insurance Co.* for omitting life insurance and other policy benefits from orphans and widows from claim forms which affected 4,918 families within just the 4 years prior to that case being filed for California alone — and a practice NYLIFE had apparently engaged in since 1984.  In 2003, the case was settled. NYL changed its' claim forms and condolences letters – providing adequate disclosure. **Capacity: Plaintiff & Consultant.**

**Steven Roth, President**
Wealth Management International, Inc.
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
(310) 441-7300

steven.roth@wmi-consultancy.com
www.wmi-consultancy.com

1

**John H. Thaler, In Pro Per**
c/o HARRIS/THALER LAW

2

2150 East Sunset Road, Suite 6-124
Las Vegas, Nevada 89120

3

Tel. 818-206-4402

4

5

Plaintiff, In Pro Per

6

7

8

SUPERIOR COURT FOR THE STATE OF NEVADA

9

CLARK COUNTY

10

11

**JOHN HARRIS THALER**

12

**Plaintiff,**

13

**v.**

14

**BRITTANY RAE CHAVEZ (aka**

15

**BRITTANY RAE THALER),**

16

**Defendants.**

17

**CASE NO.  D-20-618845-L**

**DECLARATION OF JOHN J. STANLEY RE: FALSIFIED CALIFORNIA DEFAULT JUDGMENT.**

**Hearing Date: March 18, 2021**
**Time:          9:00 a.m.**
**Dept:           G**

18

19

**DECLARATION OF JOHN J. STANLEY**

20

I, John J. Stanley, do declare:

21

1.      I am an attorney duly licensed to practice law before all courts in the State of

22

California.  I specialize in criminal law.

23

2.      I have known Plaintiff John Harris Thaler for more than twenty (20) years and am

24

familiar with his work as an attorney and as an investigator.  I am familiar with the Annulment

25

Complaint and its contents.  The statements made by Mr. Thaler are true and accurate.

26

3.      Attached hereto as Exhibit "A" and incorporated by reference is a "Judgment" of the

27

Los Angeles County Superior Court allegedly entered in 2012 by Judge Leland Harris.  That

28

1   alleged judgment was not entered by Leland Harris.  In fact, Judge Harris was never assigned any

2   such case and never heard any such case.

3       4.      I have known Judge Harris for more than fifteen (15) years.  He has served as jurist

4   on numerous arraignments concerning my clients. Judge Harris retired several years ago but still

5   handles an overflow caseload as needed for the Los Angeles County Superior Court, Northwest

6   District in Van Nuys, California.

7       5.      In November 2020, I discussed with Judge Harris the alleged judgment and related

8   documents in Case No. 11E11652.  The purported judgment has a handwritten block printing for

9   Judge Harris' signature and hand printing on other parts of the document.  But Judge Harris never

10  executed any documents in this manner.  In fact, I have never seen any documents from Judge

11  Harris that look this way.  During our conversation, Judge Harris confirmed that he did not execute

12  the "Judgment" and did not ever have any clerks do so.  Judge Harris also stated that he never heard

13  any cases involving Tarzana Falls or Mr. Thaler or that he was ever assigned to hear any case

14  concerning judicial foreclosure.

15      6.      Additionally, Judge Harris stated that he is willing to testify to these facts or

16  otherwise provide a declaration to this effect.

17      7.      Because of security and privacy concerns, I can contact Judge Harris only through

18  the court clerk.  I have left a message for Judge Harris to contact me so that Mr. Thaler and I can

19  secure a declaration from him.

    I declare under penalty of perjury that the foregoing is true and correct and if called as a

21  witness, I could and would testify competently thereto.

    Executed on this 16th day of March, 2021 at Los Angeles, California.

    _____

    JOHN J. STANLEY



# Forensic Document Examination Report

## in RE: Marriage of Thaler
## on behalf of John Thaler, Esq.

Linda L Mitchell, D-ABFDE
Certified Forensic Document Examiner
Sunday, March 14, 2021

**LINDA L MITCHELL, D-ABFDE   CERTIFIED FORENSIC DOCUMENT EXAMINER**

Mailing Address: 243 S. Escondido Boulevard #550, Escondido, CA 92025-4116 | 888.760.0339

Lab Address: 260 S. Orange Street #10, Escondido, CA 92025 | 760.310.1279 | forensicqde@gmail.com

Riverside Office: 7121 Magnolia Avenue, Riverside, CA 92504

Long Beach Office: 444 W. Ocean Blvd. #813, Long Beach, CA 90802



## *Laboratory Report Summary*

To:  John H. Thaler, Esq                                QDE Lab #: 21-01011.1
2150 E. Sunset Road, Suite 6-124,
Las Vegas, NV 89120                                Date: March 14, 2021

**Re:  <u>Marriage of Thaler</u>
Case No: FC2019-098211**

### EXAMINATIONS REQUESTED

As regards documents described below as MD1 through MD11 containing the purported signature of Marvin Davis…

1.  Opine as to whether or not the signatures representing the name, Marvin L Davis, were all written by the same writer.

2.  Opine as to whether or not the signatures are fabricated or original.

3.  Opine as to whether or not the signatures were written by any of the other writers represented in documents provided as questioned and known writings of Brittany (Chavez) Thaler (K1).

4.  Opine as to whether or not the same writer authored the annotations on the upper right corner of each court document.

As regards the questioned documents described below as Q1 through Q6 …

5.  Compare the signatures appearing on Q1 through Q63 and opine whether or not any were written by the same writer or by different writers.

### DOCUMENTS SUBMITTED FOR EXAMINATION

Mr. Thaler provided digital copies of all the evidence via email, citing the absence of original documents. For both subject groups (Q and MD), I transferred the signature evidence onto my database, isolated the pertinent contents, and applied each signature to a direct comparison worksheet. Other aspects of the documents were examined intact.

Mr. Thaler requested that I summarize my findings in this report for the convenience of the court. *This report does not include the bases or supporting factors of my opinion and is not intended to be a full report of my findings.* I will provide a full report if requested.

<u>Exhibit 1</u> contains a chart with descriptions of each document I used to arrive at my opinions and observations followed by copies of each.

In RE: Marriage of Thaler
Case No: FC2019-098211



Laboratory Report #21-01011.1
March 14, 2021

## OPINIONS AND OBSERVATIONS

As regards the purported signatures of Marvin L Davis…

**Assignment 1** - It is my current expert opinion that two of the signatures appearing on court documents are likely written by a different person than any of the others.[1] Signatures on the following documents are significantly different than the others:

MD5 – Revolving Credit Deed of Trust, Request for Notice of Default and Foreclosure under Superior Mortgages or Deeds of Trust, dated May 3, 2016.

MD10 – Decree of Dissolution of Marriage, Brittany R. Thaler and John H. Thaler, case number FC2019-098211, dated December 31, 2020

**Assignment 2** – The examination of copies precludes an opinion regarding whether or not the signatures are inked original to the documents; however, two of the signatures are identical to one another which supports the opinion that one or both are not original signatures. The signatures have an appearance of either a rubber stamp or a computer generated "line art" (vectorized) image. The following documents contain identical signatures:

MD8 – Minute Entry, Marriage of Brittany R. Thaler and John H. Thaler, dated November 18, 2020

MD9 – Minute Entry, Marriage of Brittany R. Thaler and John H. Thaler, dated December 14, 2020

**Assignment 3** – The signatures in question contain some variation that is notable. Without a collection of genuine signatures for comparison, I am unable to establish whether or not the true signatory includes this variation in his natural signatures.

**Assignment 4** – In my expert opinion, the annotations in the upper right corner of MD1-4, 8, 9, and 11 were very likely authored by the same writer.

As regards the documents Q1 through Q   …

**Assignment 5** – Currently, it is my expert opinion, six (6) of the signatures in question were probably written by the K1 writer (Brittany Thaler).[2] However, the names of these signatures are not hers. Questioned (Q) documents in this category are:

Q1 Carla D Chavez

Q2 Candice C Chavez

Q3 & Q4 Brittney [sic] Chavez

Q33 & Q63 Brittany Phillips

Attempts at disguise notwithstanding, certain habits appear in fourteen (14) of the documents provided suggesting they were written by the same author. These patterns also appear in the known writer's exemplars suggesting that she may be the author of these signatures.[3] However, names of these signatures are not hers. Questioned (Q) documents in this category are:

Q7- Q11 Brittany Smith

Q13, Q14, Q19, Q20 Q37, & Q48 Brittany Smith, Christine Smith

Q26 & Q31 Brittany Leonard/Miller

Q31 Justin Leonard

---

[1] This opinion is consistent with a level 3 in the SWGDOC Guidelines for Expressing an Opinion. (See Exhibit 2) SWGDOG publishes the standards used by forensic document examiners at SWGDOC.org
[2] This opinion is consistent with a level 3 on the SWGDOC chart in Exhibit 2.
[3] This opinion is consistent with a level 4 on the SWGDOC chart in Exhibit 2. This level of confidence is referred to as an "investigative lead."

In RE: Marriage of Thaler
Case No: FC2019-098211


Forensic
QDE
lab llc

Laboratory Report #21-01011.1
March 14, 2021

Signatures in another larger group are missing certain elements necessary to support an opinion. <u>I cannot identify nor would I eliminate</u>[4] the known writer (Brittany Thaler) as the author of the following:

Q40  Brittany Smith

Q41  Brittany Lauren Smith

Q54  Brielle A Chavez

Q55  Brittany A Smith

Q12, Q36, & Q68  Britni Chavez

Q51 & Q54  Brittany Marie Kirkwood

Q18, Q61, Q66, & Q62  Brittany Miller,

Q66  Nelson R Miller

Q32 & Q49  Brittany N Smith

## LIMITATIONS OF MY FINDINGS

All copies are problematic. The conclusions reached in this report apply only to the copy and not to the original the copy purports to represent. The additional information provided by the original documents and additional exemplars for Marvin L. Davis may support revised opinions with a higher level of certainty.

## PROTOCOL

This matter was examined and reported upon within the guidelines created by the Scientific Working Group for Forensic Document Examiners (SWGDOC) now under revision and updating by OSAC and ASB. The Organization for Scientific Area Committees (OSAC) was established to coordinate the development of standards and guidelines for the science community. It is an arm of the U.S. Commerce Department's National Institute of Standards and Technology (NIST). The Academy Standards Board (ASB) is an ANSI-accredited group established by the American Academy of Forensic Sciences (AAFS) and is dedicated to developing documentary standards for forensics. Standards are currently published at ASBStandardsBoard.org and SWGDOC.org.

<u>Exhibit 2</u> contains a chart representing my interpretation of the SWGDOC Standard Terminology for Expressing Conclusions of Forensic Document Examiners. A current copy of my Curriculum Vitae (<u>Exhibit 3</u>) is included in the report as is a copy of each document I examined. The digital files and work product related to this report are filed in my archives. This report is being delivered via email and an original signed version is being delivered to the address above.

Linda L Mitchell
Certified Forensic Document Examiner

Attachments:
1 – Documents Examined
2 – Chart of Terminology for Expressing Opinions
3 – CV of Linda L Mitchell

---

[4] This opinion is consistent with a level 5 on the SWGDOC chart in <u>Exhibit 2</u>.

**LINDA L MITCHELL, D-ABFDE   CERTIFIED FORENSIC DOCUMENT EXAMINER**

Mailing Address: 243 S. Escondido Boulevard #550, Escondido, CA 92025-4116 | 888.760.0339
Lab Address: 260 S. Orange Street #10, Escondido, CA 92025 | 760.310.1279 | forensicqde@gmail.com
Riverside Office: 7121 Magnolia Avenue, Riverside, CA 92504
Long Beach Office: 444 W. Ocean Blvd. #813, Long Beach, CA 90802



---

## *Laboratory Summary*

---

To:  John Thaler, Esq.                                              QDE Lab #: 21-091321.1
     2510 E. Sunset Road
     Suite 6-124
     Las Vegas, NV  89120                                          Date: September 23, 2021

**Re:  <u>Brittany Rae Thaler Matter</u>**

### EXAMINATIONS REQUESTED

My current assignments encompass examining seven (7) sets of documents with the request to opine whether or not Brittany Rae Thaler is the writer or signer of the document content

Set One – Bankruptcy Documents (12) from 2008 through 2018 with the signatory's first name – Brittany. Bankruptcy and Payroll Documents (19) from 2011 through 2020 containing hand printing in question.

Set Two – Wells Fargo signature cards (2) and Dignity Health documents containing hand printing and signatures attributed to Brittany Chavez

Set Three – Signature style comparison of three (3) samples

Set Four – Leland B Harris block letter "signature"

Set Five – Documents (2) related to Michelle Thorne Matter

Set Six – Bank check contents and signature

Set Seven – Judge Marvin Davis Signature on Summons

### DOCUMENTS SUBMITTED FOR EXAMINATION

Mr. Thaler provided digital copies of all the evidence via email, citing the absence of original documents. I also used comparative documents submitted for an earlier report produced March 14, 2021. Evidence for the current examination was submitted five (5) days ago with the request that I provide preliminary findings in anticipation of a coming court date. I am unable to produce a full and complete report of my opinions in that short of notice, but I have been asked by my client to offer some observations that will provide support my ultimate opinions.

My full and complete report will be submitted within the next 14 days. It will include opinions for each set of documents, my methodology, the basis of the opinions with supporting illustrations, limitations, caveats, and protocol. <u>By no means is this summary intended to be used as a report of my expert opinions.</u>

In RE: Brittany Rae Thaler Matter



Laboratory Report #21-091321.1
September 23, 2021

## OBSERVATIONS

**SET ONE**

Signatures in this group all share a similar formatting and handwriting rhythm. Each of the names shares common characteristics with other name(s) such as, (but not limited to) letterforms, connecting strokes, slant, pen stops, baseline adherence and overall movement. These similarities, though generic, suggest that most or all the signatures could have been written by the same person and could be considered a part of the writer's natural variation.

The Brittany Rae Thaler handwriting includes these same characteristics. The generic nature of the writing in question precludes a definitive identification.

**SET TWO**

The bank signature images are poor but reflect the overall patterns of Brittany Rae Thaler's handwriting. My examination has not begun on the Dignity Health documents

**SET THREE**

Representative signatures in this group are not comparable. The terminal loops are not an adequate basis for determining the author. The surname, Chavez, in all three examples is formed quite differently overall as is the shape of each loop.

**SET FOUR**

The block printing on this signature line matches the hand printing of Dawna R. Chavez. I recently received additional handwriting samples and will continue my examination.

**SET FIVE**

The introduction of additional samples for Dawna R. Chavez may help with this analysis.

**SET SIX**

The bank check handwriting falls within Brittany Rae Chavez' range of variation.

**SET SEVEN**

When examined in conjunction with previous evidence there are clearly two different writers among this set of nine (9) signatures for Judge Marvin Davis. Two signatures match each other and represent the personal real estate documents of the signatory. The balance of the signatures matches each other, including the summons signature. Each of them includes rhythmic garland strokes from one letter to the next. The signer of the real estate documents probably was not the writer of the others.

A current copy of my Curriculum Vitae is attached. This report is being delivered via email only.

Linda L Mitchell
Certified Forensic Document Examiner

## Linda L Mitchell, D-ABFDE

*Mailing Address: 243 S. Escondido Boulevard #550, Escondido, CA 92025-4116 | 888.760.0339*
*Lab Address: 260 S. Orange Street #10, Escondido, CA 92025 | 760.310.1279 | forensicqde@gmail.com*
*Riverside Office: 7121 Magnolia Avenue, Riverside, CA 92504*
*Long Beach Office: 444 W. Ocean Blvd. #813, Long Beach, CA 90802*

Linda Mitchell is a Certified Forensic Document Examiner and Handwriting Expert. The work of a document examiner most often involves the identification or authentication of handwriting; but, there are many other aspects of the profession that can be applied to a document in question. Deciphering documents containing indented writings, and obliterated content and insertions of additional data are just a few examples that can be part of a complex multiple–page document examination. Linda is fully capable of performing all such examinations.

Linda's laboratory includes up–to–date equipment and a full library of reference resources. She provides informative presentations about most aspects of the field document examination for small or large audiences, and is a competent expert witness confirmed in San Diego, Orange County, Los Angeles, Riverside and San Bernardino Superior Court as well as Federal Bankruptcy Court. Linda is has also been selected by the Office of the Secretary of State as the Voter Fraud Examiner for the 2016 election year through 2022.

Her professional research, was published in the Journal of the American Society of Forensic Document Examiners, June 2016, is entitled, A Blind Study of the Reliability of Hand Printing Identification by the Forensic Document Examiner. She initiated this study in response to a 2013 ruling by the 7th District Court disallowing testimony because of the lack of meaningful research on the subject.

Linda Mitchell is also a contributing author and technical advisor to two recently published textbooks. Forensic Document Examination in the 21st Century, edited by Jan Seaman Kelly and Miriam Angel, pp 105-109, 2021, CRC Press and the Second Edition of Forensic Handwriting Identification: Fundamental Concepts and Principles, Ron Morris, 2021, Elsiver Ltd.

Ms. Mitchell completed her formal apprenticeship in questioned document examination under the direct supervision of Manny Gonzales, who has more than 40 years of professional experience involving most aspects of forensic document examination. (Mr. Gonzales' CV is available upon request.) Her training conformed to SWGDOG.org guidelines and the Southwestern Association of Forensic Document Examiners (SWAFDE) Training Guidelines (2006) which included training from FBI and Secret Service materials.

### Education

| | |
|---|---|
| 1970-73 | AA in Dental Hygiene - Cerritos College, Norwalk, CA |
| 2006-08 | BS in Criminal Justice Administration - University of Phoenix, Phoenix, AZ |
| 2008-11 | Internship and Training in Forensic Document Examination -  Alliance Forensic Services |

### Certification

| | |
|---|---|
| 2014-now | Diplomate of the American Board of Forensic Document Examiners |

### Scope of Practice

Expert Analysis and Testimony and Consulting for all types of document and handwriting matters

- Probate
- Family Law
- Personal Investigations
- Fraud
- Medical Malpractice
- Corporate Investigations
- Civil
- Criminal
- Private Matters

### Areas of Expertise

Expert Witness Testimony
Handwriting and Signature Identification / Authentication
Development & Deciphering of Indented Writings   &   Counterfeit Detection
Analysis of Computer–Generated Documents    &    Photocopy Manipulations
Relative Document Dating & Anachronisms   &   Decipherment of Obliterations
Non–destructive Ink & Paper Analyses   &   Typewriting Classification & Identification
Examination of Altered Documents   &   Photocopier Classification & Identification

### Memberships

ABFDE – Diplomate of the American Board of Forensic Document Examiners
AAFS – American Academy of Forensic Sciences – Questioned Document Section (Fellow, Sec'y)
ASQDE – American Society of Questioned Document Examiners (Member)
SWAFDE – Southwestern Association of Forensic Document Examiners (Member)
RCBA – Riverside County Bar Association (Supporting Member)

## Other Awards and Endeavors

- o  Recipient of the AAFS 2020 Hilton Award for outstanding contributions to the profession
- o  California Secretary of State – Voter Fraud Examiner  2016-2022
- o  Moot Court Training for the San Diego and Riverside County Sheriff Crime Lab Trainees
- o  US Attorney, Eastern California District Expert
- o  San Bernardino County Public Defender Designated Expert
- o  Riverside County Office of the Public Defender Expert
- o  Fresno County Office of the Public Defender Expert
- o  Tulare County Office of the District Attorney and Sheriff Dept. Expert

## Publications 2009–Present

2020   Forensic Document Examination in the 21st Century, contributing author pp105-109. 2021 CRC Press(Peer Reviewed)

2016   The Reliability of the FDE in Identification of Hand Printing, A Blind Study. The Journal of ASQDE, Vol. 19, Number 1, June 2016, pp 25-32. (Peer Reviewed)

2015   Is a Notarized Document Genuine? Syndicated through Ezine @rticles to NBIZ Magazine

2015   The Forensic Significance of Handwriting Biometrics. Published in Digital Forensics Magazine (co-author Bill Flynn (ret.), certified forensic document examiner)

## Examined Documents and Conclusions Rendered on Behalf of:

| | | |
|---|---|---|
| CA Secretary of State | Lanak & Hanah – Orange | James O. Douglass, Esq. – Palm Desert |
| United States Attorney's Office Eastern District of California | Lurie, Zepeda, Schmalz, Hogan & Martin, APC - Los Angeles | Sheppard, Mullin, Richter & Hampton - Palo Alto |
| Riverside County Public Defender | Best Best & Keieger – Riverside | Robert W. Pederzani, Esq. – Newport Beach |
| Fresno County Public Defender | Musick, Peeler & Garrett – San Francisco | Burns, Schaldenbrand & Rodriguez – Oceanside |
| CA Dept. of Consumer Affairs | Hueston Hannegan - Los Angeles | Vivoli Sacuzzo, LLP – San Diego |
| San Diego Co. District Attorney | Schorr Law – Orange County | Zinder & Kock - Stevenson Ranch |
| Tulare County Sheriff's Dept. | Tulare County District Attorney | Anderson and LeBlanc - Upland |

## Presentations 2009–Present

**General Forensic Document Examiner Information**

- o  Embry-Riddle Aeronautical University, Guest Lecturer for General Forensics Class, Prescott, AZ

- o  LSI (Legal Secretaries Inc.) Quarterly Conference, Palm Springs, CA

- o  Lake University, Guest Lecturer for Criminalistics Class Camp Pendleton, CA.

- o  ACFI (Association of Certified Fraud Investigators) (2 MCLE units) Orange County, CA

- o  ACFI, Palm Desert, CA (co–presenter Manny Gonzales)

- o  National League of Licensed Investigators, Ontario, CA (co–presenter Manny Gonzales)

- o  Orange County Chapter of ACFI, Irvine, CA (co–presenter, Manny Gonzales) Forensic

- o  Annual Conference of Calif. Assoc. of Licensed Investigators – (CALI), Costa Mesa, CA (co–presenter, Manny Gonzales)

- o  San Diego Public Defenders (MCLE provider units; co–presenter, Manny Gonzales), Vista, CA

- o  Other presentations to San Diego Republican Women's Club, Escondido Rotary, Escondido Chamber of Commerce, Fallbrook Women's Association, Forensic Expert Witness Association (FEWA San Diego Chapter)

**Presentations to Colleagues**

Introduction to the Application of Practice Management Software for the FDE
> ASQDE Annual Scientific Session, Charleston, SC 2019 and AAFS Scientific Session 2020

Discussion of research regarding the Reliability of the FDE to Identify Hand Printing
> AAFS – American Academy of Forensic Science Annual Scientific Session
> 2017 and as part of a 6-hour Workshop on hand printing at AAFS 2020

Arabic Signatures on American Documents; Are there Class Characteristics?
> AAFS – American Academy of Forensic Science Annual Scientific Session
> *(Ron Morris, former USSS FDE presented on her behalf)*

Methods for Reassembling Crosscut Shredded Documents
> ASQDE Annual Scientific Session, Charleston, SC
> *(presented on behalf of Larry A. Olson, Diplomate – ABFDE, IRS QD Lab, Chicago, IL)*

Training Requirements for the Forensic Document Examiner
> IAI, California Regional Education Conference, San Diego, CA (co–presenter, Manny Gonzales)
> IAI, International Educational Annual Conference (co–presenter, Manny Gonzales), Spokane, WA

Computer–Generated Altered Document Detection
> SWAFDE, 30th Anniversary Meeting, Scottsdale, AZ
> IAI, International Educational Annual Conference (co–presenter, Manny Gonzales), Spokane, WA

Onsite Infrared/Ultra Violet Examination of Questioned Documents
> SWAFDE Annual Scientific Session (co–presenter, Manny Gonzales), Los Angeles, CA

### Highlights of Approved Continuing Professional Education

- AAFS – Annual Scientific Session attended 2007–2012, 2015–2021
- ASQDE – Annual Scientific Meetings attended 2011–2015, 2017–2020
- Texas A&M – Foundations of Fingerprint Comparison 2015
- SWAFDE – Annual Conferences attended 2009–2016, 2018
- NIST – Measurement Science Standards in Forensic Handwriting Analysis Conference 2013, 2015
- ICAP – Annual Education Conference 2012
- FBI/NIJ – Impression and Pattern Evidence Symposium  2012
- Notary Public Mandatory Training  2012, 2016
- IAI – Annual Scientific Meeting 2012
- LCI – Methods of Latent Print and Crime Scene Processing 2009
- Escondido Adult Education – Photoshop  Applications  2009
- ST2AR FDE Workshop 2008
- SEAK – Expert Witness Conference 2007

*Following are full names represented by the acronyms above:*

AAFS – American Academy of Forensic Sciences, multi–disciplinary professional organization that provides leadership to advance science and its application to the legal system. Highly regarded among forensic experts; membership in FDE section is vetted.

ASQDE – American Society of Questioned Documents Examiners, the oldest and largest organization in the world dedicated to the profession of forensic document examination. Strict membership requirements.

SWAFDE – Southwestern Assoc. of Forensic Document Examiners, a regional FDE organization; membership is vetted.

IAI – Int'l Assoc. for Identification, oldest & largest forensic assoc. in the world. Membership in QD section is vetted.

ICAP – Inland Counties Association of Paralegals

LCI Services– Lewis Consulting and Investigative Training, Inc., a for–profit law enforcement training company.

NIST – National Institute of Science and Technology

SEAK – Skills, Education, Achievement, Knowledge, a for–profit continuing education, consulting & publishing company.

ST2AR – Skill Task Training Assessment Research, Inc., training, testing and research provided for a fee by ABFDE certified Forensic Document Examiners with the express goal of advancing the forensic sciences.

## Court Appearances within the last five years

| Year | Court | Location | Court Case # | Judge | Case No | Case Name |
|------|-------|----------|--------------|-------|---------|-----------|
| 2021 | Orange County | Santa Ana | 30-2018-00975694 | Deborah C Servino | 20-10201 | SAKAN v LA Tasty |
| | San Diego | Downtown (virtual) | 30-2019-00044278 | John B Scherling | 20-12181 | Estate of Margaret MINGO |
| | AAA virtual | AAA | 01-1-0004-6134 | Gayle Eskridge | 17-09121 | GERARDI v Redlands Ford |
| | Salt Lake City | Virtual | 200700578 | David R Hamilton | 21-04201 | Crossley v.CHANCELLOR GARDENS |
| 2020 | San Diego | State Admin Hearing | 2019080369 | Marion J Vomhof | 20-01291 | SERVEY v Miller |
| | Los Angeles | SantaMonica | 20SMUD619,642,643 | Michael I Levanas | 20-09141 | DARSHAD v Farrell,etal |
| | OrangeCounty | SantaAna | 30-2018-00975694 | Deborah C Servino | 20-10201 | SAKAN v LATasty |
| 2019 | Riverside | Corona | RIC1824736 | Christopher B Harmon | 19TJ0131 | Sarah ALESSIO Trust |
| | Riverside | Palm Springs | RIC1409788 | Kira L Klatchko | 19-09213 | KORTSCH v Correa |
| | Orange County | Santa Ana | 10DO11474 | Salvadore Sarmiento | 18MO0710 | Marriage of HOLBURN |
| | Orange County | Santa Ana | 30-2017-900137 | Linda S Marks | 18DL1210 | Select Bank Card v ROBINSON |
| 2018 | San Diego | Downtown | 37-2017-45895 | Gary Kreep | 18CC1121 | CIF v RAY'S MARKET |
| | Los Angeles | Probate | 17STPB04135 | Daniel Juarez | 17JY0717 | James North Estate |
| | Riverside | Probate | RIP 1700678 | Roger Luebs | 18DW0604 | Gabriel MUNOZ Estate |
| | San Diego | Downtown | 37-2017-6948 | John S Meyer | 18IM0526 | LA FORNARA v Hurwitz |
| | San Diego | North County | DN169793 | Kelly C Dowlan | 18RM0511 | HOLTEN v Comerford |
| | Los Angeles | Stanley Mosk | P588514 | Maria E Stratton | 18ZS0626 | Hickey Probate |
| | San Diego | Downtown | DN 182625 | David B Overholtzer | 16LH0610 | Marriage of Sonoda |
| 2017 | Los Angeles | Pasadena | 17PDUD00895 | Annabelle Cortez | 17DT1119 | Liao v YEH |
| | Riverside | Murrieta | RIP 1500507 | Angel Bermudez | 15DT0821 | Estate of Dena Sheets |
| | Los Angeles | Stanley Mosk | BC 582814 | Daniel S Murphy | 16LH1123 | ACIC v Bryant Matter |

18 Court Testimonies previous to 2017          **Total - 38**


## Depositions within last five years

| Year | Court | Location | Case # | Deposing Atty. | Case No | Case Name |
|------|-------|----------|--------|----------------|---------|-----------|
| 2021 | Orange | Virtual | 30-2019-01 063 54-PR-TR-CJC | Daniel E Katz | 21-03261 | Fanny Nisttahuz, E-O |
| | San Bernardino | Virtual | 01-1-0004-6134 (AAA) | Joseph Suarez | 17-09121 | GERARDI v Redlands Ford |
| | Salt Lake City | Virtual | 200700578 | Melanie Bossie | 21-04201 | Crossley v CHANCELLOR GARDENS |
| 2020 | -None- | | | | | |
| 2019 | Santa Monica | Donald Garrard Law Office | SC123911 | Don Garrard | 18RB0713 | BERNEY v Davis Plastering |
| | Riverside | Gresham Savage | RIC1824736 | Stephanie Field | 19TJ0131 | Sarah ALESSIO Trust |
| | Tampa, FL | Awerbach & Cohn | 18-000954-C1 | Michael Cohn | 19PG0225 | GRAND HOPE v Lake Ave So |
| | Los Angeles | Ludwig Klein Reporters | 17STPB01362 | Fred Soldewedel | 18YB0910 | Floyd ALLEN Trust |
| | San Diego | Navigato & Battin | 37-2017-00036946 | Travis Bray | 18SK0914 | MEARS v All Valley Home HealthCare |
| 2018 | San Bernardino | Marchetti Office | PROPS 1591002 | Al Marchetti | 16RA0126 | Louia Reichmuth Estate |
| | San Diego | Browning Hocker | 37-2017-6948 | Robert N Hocker | 18IM0526 | LA FORNARA v Hurwitz |
| | San Diego | Opus Law Firm | 37-2016-26072 | Michael Manley | 16DG1018 | Rose v Murphy Family Trust |
| | San Diego | Opus Law Firm | 37-2016-26072 | Charles Pernicka | 16DG1018 | Rose v Murphy Family Trust |
| 2017 | Los Angeles | Vanderpool Office | 01-05-0002-4262 | Doug Vanderpool | 17MK0424 | HELLER v Martinez |
| | San Diego | Philip L Hummel Office | 37-2015-40474 | Jason Quimby | 17EB0420 | THOMAS v Purceil (OAW) |

8 Depositions Previous to 2016      **Total - 21**

# I

This set of documents consists of Chapter 7 Bankruptcy filings in multiple states.  We contend that Brittany's handwriting appears on the hand written and hand printed portion of the documents.  Note that there are approximately 5,000 bankruptcy filings that appear to have Brittany's handwriting/printing.  The identifications were made using first and middle names, e.g. Brittany Rae _____, Brittany Nicole _____, Brittany Marie _____, all of which are middle names commonly used by Brittany regarding the trust deeds.

**Signatures in question on
Bankruptcy Documents**

B2020 (Form 2020) (12/15)                                                                ALAS  A

# United States Bankruptcy Court
## District of _____

In re _Brittany Ritter_                    Case Number _____
                                           Chapter _1_

# STATEMENT OF MILITARY SERVICE

The Servicemembers' Civil Relief Act of 2003, Pub. L. No. 108-189, provides for the temporary suspension of certain judicial proceedings or transactions that may adversely affect military servicemembers, their dependents, and others. Each party to a bankruptcy case who might be eligible for relief under the act should complete this form and file it with the Bankruptcy Court.

## IDENTIFICATION OF SERVICEMEMBER
❑   Self (Debtor, Codebtor, Creditor, Other)
❑   Non-Filing Spouse of Debtor (name) _____
☒   Other   (Name of servicemember) _Robert Ritter_
            (Relationship of filer to servicemember) _Wife_
            (Type of liability) _____

## TYPE OF MILITARY SERVICE
U.S. Armed Forces (Army, Navy, Air Force, Marine Corps, or Coast Guard) or commissioned officer of the Public Health Service or the National Oceanic and Atmospheric Administration (specify type of service) _United States Air Force_
☒   Active Service since              _5/1/2012_                    (date)
❑   Inductee - ordered to report on   _____        (date)
❑   Retired / Discharged              _____        (date)

U.S. Military Reserves and National Guard
❑   Active Service since              _____        (date)
❑   Impending Active Service -orders postmarked  _____   (date)
            Ordered to report on      _____        (date)
❑   Retired /Discharged               _____        (date)

U.S. Citizen Serving with U.S. ally in war or military action (specify ally and war or action)

_____
❑   Active Service since              _____        (date)
❑   Retired/Discharged                _____        (date)

## DEPLOYMENT
❑   Servicemember deployed overseas on _____       (date)
    Anticipated completion of overseas tour-of-duty _____  (date)

## SIGNATURE
_Brittany Ritter_                       _10/30/2017_
                                        Date
_Brittany Ritter_
(print name)

*This statement is for information use only. Filing this statement with the Bankruptcy Court does not constitute an application for or invoke the benefits and relief available under the Servicemembers' Civil Relief Act of 2003.*

ALMB 1 (01/04)

**ALABAMA**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re

Brittany Meagan Avant
Debtor

Case No. _____

_____
Joint Debtor

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

### PART I - DECLARATION OF PETITIONER

I [We] Brittany Meagan Avant                    and _____
the undersigned debtor(s), *hereby declare under penalty of perjury* that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed without further notice.

[✓] [If petitioner is an individual whose debts are primarily consumer debts] I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11 United States Code and understand the relief available under each such chapter. I request relief in accordance with the chapter specified in this petition. I declare under penalty of perjury that I have read and signed a completed Form B21 Statement of Social Security Number, and that the information on the form is true and correct.

[ ] [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

[✓] [If petitioner files an application to pay filing fees in installments] I certify that I completed an application to pay the filing fee in installments. I am aware that if the fee is not paid within 120 days of the filing date of filing the petition, the bankruptcy case may be dismissed and, if dismissed, I may not receive a discharge of my debts.

Dated: 09-19-14

Signed: *Brittay Avant*
Applicant                                                    _____
                                                             Joint Applicant

### PART II - DECLARATION OF ATTORNEY:

I *declare under penalty of perjury* that I have reviewed the above debtor's petition and that the information is complete and correct to the best of my knowledge. The debtor(s) will have signed this form before I submit the petition, schedules, and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court. I further declare that I have examined the above debtor's petition, schedules, and statements and, to the best of my knowledge and belief, they are true, correct, and complete. If an individual, I further declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. If an individual, I further declare that the debtor(s) have read and signed a completed Form B21 Statement of Social Security Number, and that I shall retain the form for a period of one (1) year following the closing of the case. This declaration is based on all information of which I have knowledge.

Dated: 09-19-14

Signed: _____
Attorney for Debtor(s)

ALMB 1 (04/2016)

ALABAMA

# United States Bankruptcy Court
## Middle District of Alabama

In re   __Brittany Kay Flenory__                                       Case No. _____

                                                    Debtor(s)          Chapter      __13__   _____

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

### PART I - DECLARATION OF PETITIONER

I [We] __Brittany Kay Flenory__ and _____ the undersigned debtor(s), *hereby declare under penalty of perjury* that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 14 days following the date the petition was electronically filed. I understand that failure to file the signed image of this DECLARATION will cause my case to be dismissed without further notice.

■        [If petitioner is an individual] I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11 United States Code and understand the relief available under each such chapter. I request relief in accordance with the chapter specified in this petition. I declare under penalty of perjury that I have read and signed a completed Form B121 Statement of Social Security Number, and that the information on the form is true and correct.

☐        [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

■        [If petitioner files an application to pay filing fees in installments] I certify that I completed an application to pay the filing fee in installments. I am aware that if the fee is not paid within 120 days of the filing date of filing the petition, the bankruptcy case may be dismissed and, if dismissed, I may not receive a discharge of my debts.

Dated:   __June 29, 2018__

Signed:  _Brittany Flenory_____          _____
         Brittany Kay Flenory
         Applicant                                   Joint Applicant

### PART II - DECLARATION OF ATTORNEY:

I *declare under penalty of perjury* that I have reviewed the above debtor's petition and that the information is complete and correct to the best of my knowledge. The debtor(s) will have signed this form before I submit the petition, schedules, and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court. I further declare that I have examined the above debtor's petition, schedules, and statements and, to the best of my knowledge and belief, they are true, correct, and complete. If an individual, I further declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. In an individual, I further declare that the debtor(s) have read and signed a completed Form B121 Statement of Social Security Number, and that I shall retain the form for a period of one (1) year following the closing of the case. This declaration is based on all information of which I have knowledge.

Dated:   __June 29, 2018__

Signed:  _Michael D. Brock BRO182_____
         Michael D. Brock BRO182
         Attorney for Debtor(s)

5/31/16 2:15PM

**ARIZONA**

FILED

UNITED STATES BANKRUPTCY COURT 2016 JUN -6 PM 3: 00

DISTRICT OF ARIZONA

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

In re                                                    )
  **Brittany Michelle Mahoney**          )        Chapter    7
                                                         )
                                                         )        Case Number 2:16-bk-06214
                                                         )
                                                         )
                              Debtor(s)       )

## DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION OF PETITIONER:**

I [We] _____**Brittany Michelle Mahoney**_____ and _____, the undersigned debtor(s), corporate officer or partnership member, hereby declare under penalty of perjury that the information I have given my attorney and the information, including social security numbers, provided in the completed petition, lists, statements and schedules is true and correct. I have reviewed and signed each of the foregoing completed documents and my attorney has provided me with a signed copy of each to retain for my records. I consent to my attorney electronically filing the completed petition, lists, statements and schedules with the United States Bankruptcy Court. I understand that this **DECLARATION RE: ELECTRONIC FILING** is to be filed with the Clerk after all schedules and statements have been filed electronically but, in no event, no later than 21 days after the date the petition was filed or, in the event an extension has been granted, no later than 7 days after the schedules and statements are filed. I understand that failure to file the signed original of this **DECLARATION** will cause my case to be dismissed without further notice.

■    [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in the petition.

DATED:    **May 31, 2016**     5/31/2016

SIGNED: _Brittany Mahoney_____
           **Brittany Michelle Mahoney**
           Debtor                                                            _____
                                                                                Joint Debtor

SIGNED: _____

           Authorized Corporate Officer or Partnership Member

**PART II - DECLARATION OF ATTORNEY:**

I declare as follows: The debtor(s) will have signed this form before I submit the petition, schedules and statements.  I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court and have complied with all other requirements in the most recent Interim Operating Order.  If an individual, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

DATED:    **May 31, 2016**_____        _____
                                                                         Sandra C. Oswalt/Stanley A. Buzzelle 027283/028134
                                                                         Attorney for Debtor(s)
                                                                         **300 W. Clarendon Avenue**
                                                                         **Suite 290**
                                                                         **Phoenix, AZ 85013**
                                                                         **602-225-2222 Fax:602-773-5739**

(FILE ORIGINAL WITH COURT.  DO NOT FILE ELECTRONICALLY)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA



FILED

FEB 1 4 2018

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re

**BRITTANY NICOLE REIN** )
)
)
)
)
Debtor(s) )

Chapter **7**

Case Number 2:18-bk-00894-PS

## DECLARATION RE: ELECTRONIC FILING

### PART I - DECLARATION OF PETITIONER:

I [We] _____**BRITTANY NICOLE REIN**_____ and _____, the undersigned debtor(s), corporate officer or partnership member, hereby declare under penalty of perjury that the information I have given my attorney and the information, including social security numbers, provided in the completed petition, lists, statements and schedules is true and correct. I have reviewed and signed each of the foregoing completed documents and my attorney has provided me with a signed copy of each to retain for my records. I consent to my attorney electronically filing the completed petition, lists, statements and schedules with the United States Bankruptcy Court. I understand that this **DECLARATION RE: ELECTRONIC FILING** is to be filed with the Clerk after all schedules and statements have been filed electronically but, in no event, no later than 21 days after the date the petition was filed or, in the event an extension has been granted, no later than 7 days after the schedules and statements are filed. I understand that failure to file the signed original of this **DECLARATION** will cause my case to be dismissed without further notice.

■ [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in the petition.

DATED: _____January 31, 2018_____

SIGNED: _____*Brittany Rein*_____          _____
**BRITTANY NICOLE REIN**
Debtor                                                      Joint Debtor

SIGNED: _____

Authorized Corporate Officer or Partnership Member

### PART II - DECLARATION OF ATTORNEY:

I declare as follows: The debtor(s) will have signed this form before I submit the petition, schedules and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court and have complied with all other requirements in the most recent Interim Operating Order. [If an individual, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

DATED: _____January 31, 2018_____          _____*signature*_____

Mark Wesbrooks 018690
Attorney for Debtor(s)
15396 N. 83rd Ave.
Ste. C100
Peoria, AZ 85381
602-262-0390 Fax:888-477-5598

(FILE ORIGINAL WITH COURT.  DO NOT FILE ELECTRONICALLY)

ARIZONA

1  **ASHETON B. CALL #016872**
   **Attorney at Law**
2  **2950 North Dobson Road, Suite #6**
   **Chandler, Arizona 85224**
3  **Telephone (480) 969-7999**
   **Facsimile (480) 892-6015**
4  **acall@callbklaw.com**

5
   **Attorney for Debtor**
6

7              **IN THE UNITED STATES BANKRUPTCY COURT**

8                  **FOR THE DISTRICT OF ARIZONA**

9  In re:                          )    Chapter 7
                                    )
10 BRITTANY NICOLE ARTIS,          )    Case No.   **2:17-bk-00975-PS**
   # XXX-XX-6482                    )
11                                  )
                                    )    **DEBTOR'S DECLARATION OF**
12                                  )    **EMPLOYERS' PAYMENTS WITHIN 60**
                                    )    **DAYS PURSUANT TO**
13                                  )    **11 U.S.C. §521(a)(1)(B)(iv)**
                                    )
14                                  )
                      Debtor.       )
15 _____ )

16

17     Debtor's Declaration of Evidence of Employers' Payments Within 60 Days:

18     __X__          Attached hereto are copies of all payment advices, pay stubs or other evidence
19                    of payment received by the debtor from any employer within 60 days prior to
                      the filing of the petition;
20
       _____         Debtor has received no payment advices, pay stubs or other evidence of
21                    payment from any employer within 60 days prior to the filing of the petition; or
22
       _____         Debtor has received the following payments from employers within 60 days
23                    prior to the filing of the petition: $_____.

24     Debtor declares the foregoing to be true and correct under penalty of perjury.

25
26     DATED: 01/27/2017

27

28     _____
       BRITTANY NICOLE ARTIS
       Debtor

MINNESOTA

Local Form 1007-3-1(7)
10/10

VI.    The chapter 7 debtor's attorney shall, both before and after the case is filed, comply with all applicable professional and ethical rules and shall exercise civility in dealings with all entities with which the attorney comes in contact. The attorney shall also advise the chapter 7 debtor to likewise act in a civil and courteous manner, to dress in a manner appropriate for a federal proceeding and debtors shall do so.

Signatures. By signing this acknowledgment, the debtor and the attorney certify they have read it and understand what is required of the debtor and the attorney in this bankruptcy case.

_Brittany Swanson_ _____ 5/17/11 _____
Debtor                          Date

_____ _____
Debtor                          Date

_Nicole Anderson_ _____ 5-17-11 _____
Attorney                        Date

A fully executed copy of this document must be filed with the petition commencing the bankruptcy case of the debtor(s).

**United States Bankruptcy Court**
**District of Minnesota**

MINNESOTA

IN RE:                                                          Case No. 4:11-BK-43456

Swanson, Brittany Rae                                           Chapter 7
_____
Debtor(s)

### SIGNATURE DECLARATION

☑ PETITION, SCHEDULES & STATEMENTS

☐ CHAPTER 13 PLAN

☐ SCHEDULES & STATEMENTS ACCOMPANYING VERIFIED CONVERSION

☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS

☐ MODIFIED CHAPTER 13 PLAN

☐ OTHER (Please describe) _____

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

· The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

· The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;

· **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;

· I consent to my attorney electronically filing with United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and

· **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: **May 17, 2011** _____

X _Brittany Rae Swanson_____          X _____
Signature of Debtor or Authorized Representative          Signature of Joint Debtor

**Brittany Rae Swanson** |_____          _____
Printed Name of Debtor or Authorized Representative          Printed Name of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Debtor 1 | Brittany | Prince | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name   Middle Name | Last Name | | | |

## Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☑ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Brittany Prince*                              ✗ _____
Signature of Debtor 1                            Signature of Debtor 2

Executed on 06/23/2016                           Executed on _____
MM / DD / YYYY                                   MM / DD / YYYY

Fill in this information to identify your case:

Debtor 1    Brittany                                    Prince
            First Name          Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name          Last Name

United States Bankruptcy Court for the:  District of New Mexico

Case number
(if known)    _____

☐ Check if this is an
amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                      12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☑ Yes.  Name of person Thomas Benson                          Attach Bankruptcy Petition Preparer's Notice, Declaration, and
                                                              Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _Buttany Prince_                           ✗ _____
Signature of Debtor 1                            Signature of Debtor 2

Date 06/23/2016                                  Date _____
     MM / DD / YYYY                                   MM / DD / YYYY

| Debtor 1 | Brittany | | Prince | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

**8. Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit
under the Social Security Act. Instead, list it here: ...................... ⬇

For you.................................................... $ ____0.00____

For your spouse ................................................. $ _____

Column A Debtor 1: $ ___0.00___    Column B: $ _____

**9. Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act.

Column A: $ ___0.00___    Column B: $ _____

**10. Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments received
as a victim of a war crime, a crime against humanity, or international or domestic
terrorism. If necessary, list other sources on a separate page and put the total below.

SNAP     $ ___257.00___    $ _____

$ ___0.00___    $ _____

Total amounts from separate pages, if any.     + $ ___0.00___    + $ _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each
column. Then add the total for Column A to the total for Column B.

$ __1,123.66__ **+** $ __0.00__ **=** $ __1,123.66__
**Total current
monthly income**

---

**Part 2:** **Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. ........................................... Copy line 11 here➔   $ __1,123.66__

Multiply by 12 (the number of months in a year).     x 12

12b. The result is your annual income for this part of the form.     12b   $ __13,483.92__

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.     New Mexico

Fill in the number of people in your household.     2

Fill in the median family income for your state and size of household. ..................................................... 13.   $ 53,385.00

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

---

**Part 3:** **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**x** *Brittany Price*     **x** _____

Signature of Debtor 1     Signature of Debtor 2

Date 06/23/2016
MM / DD / YYYY     Date _____
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

February 2006                                                    2006 USBC Central District of California

**United States Bankruptcy Court**
**Central District of California**

<mark>CALIFORNIA</mark>

In re   **Brittany Nicole Powell**_____

                                    Debtor(s)

Case No. _____
Chapter    7_____

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I,  **Brittany Nicole Powell** , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☒   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
      (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, __, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
      (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date   _4-8-08_____         Signature   _*Brittany Powell*_____
                                               **Brittany Nicole Powell**
                                               Debtor

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jenny L Doling/Summer M Shaw**<br>**DOLING SHAW & HANOVER, APC**<br>**36-915 Cook Street, Suite 101**<br>**Palm Desert, CA 92211**<br>**(760)341-8837 Fax:  (760)341-3022**<br>**207033/283598** | |

☐ *Individual appearing without attorney*
☑ *Attorney for Movant*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>        **Brittany Ann McCallum** | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _6/23/17_          **Brittany Ann McCallum**          *Brittany McCallum*
                  Printed name of Debtor 1                  Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 1002-1.EMP.INCOME.DEC**

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**David H Chung**<br>**MacLean Chung Law Firm**<br>**800 S. Victory Blvd. Ste 101**<br>**Burbank, CA 91505**<br>**818-305-6200 Fax: 818-394-6029**<br>**246699**<br>**david@macleanchung.com**<br>*Attorney for:* | CASE NO.:<br>CHAPTER: 7<br>ADVERSARY NO.:<br>*(if applicable)* |

| | |
|---|---|
| In re:<br><br>   **Brittany Siegel**<br><br>                                        Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(INDIVIDUAL)**<br>**[LBR 1002-1(f)]** |

☒ Petition, statement of affairs, schedules or lists                    Date Filed:  8/19/16
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed:
☐ Other *(specify):* _____                              Date Filed:

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct printed copy of the Filed Document in such places and provided the executed printed copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement About Your Social Security Numbers* (Official Form 121) and provided the executed original to my attorney.

8/19/16
_____
Date:

_____
Signature (handwritten) of Debtor or signing party
**Brittany Siegel**
Printed name of Signing Party

_____
Date:

_____
Signature (handwritten) of Debtor 2 (Joint Debtor) (if applicable)

_____
Printed name of Debtor 2, if applicable

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned attorney for the Signing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed *Part I - Declaration of Debtor(s) or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct printed copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement About Your Social Security Numbers* (Official Form 121) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement About Your Social Security Numbers* (Official Form 121) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement About Your *Social Security Numbers* (Official Form 121) available for review upon request of the court.

8/19/16
_____
Date:

_____
Signature (handwritten) of attorney for Signing Party
**David H Chung 246699**
Printed Name of attorney for Signing Party

---

*December 2015*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 1002-1.DEC.ELEC.FILING.INDIVIDUAL**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Diane Mancinelli<br>Montis Law Group, PLC<br>14751 Plaza Drive, Suite J<br>Tustin, CA 92780<br>(714)-734-8999 Fax: (714)734-9669<br>112777<br>☐ Attorney for Debtor(s): | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>   Brittany Nicole Hill<br><br>                                        Debtor(s). | CASE NO.: B:13-bk-19590-CB<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☐ Petition, statement of affairs, schedules or lists                         Date Filed:
☐ Amendments to the petition, statement of affairs, schedules or lists       Date Filed: 2/11/14
☐ Other:  Amended Schedule B                                                 Date Filed: 2/11/14

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

Brittany Hill                                          2/11/14
_____                               _____
Signature of Signing Party                             Date
Brittany Nicole Hill
_____
Printed Name of Signing Party

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s)* or *Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

/s/ Diane Mancinelli                                   2/11/14
_____                               _____
Signature of Attorney for Signing Party                Date
Diane Mancinelli 112777
_____
Printed Name of Attorney for Signing Party

# Printing from Bankruptcy and Payroll Documents in question

Debtor 1   **BRITTANY N SPEAKER**
First Name    Middle Name    Last Name

Case number *(if known)*_____

---

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. Bankruptcy fraud is a serious crime; you could be fined and imprisoned.

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____.
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ _Brittany N Speaker_     ✗ _____
Signature of Debtor 1                              Signature of Debtor 2

Date   05/19/2017                                     Date   _____
    MM / DD / YYYY                                          MM / DD / YYYY

Contact phone   303 589 1242          Contact phone _____

Cell phone   303 589 1242               Cell phone _____

Email address  bspeaker3589@gmail.com   Email address _____

---

BERNADETTE A. RUIZ - ATTORNEY AT LAW                                    015370

BERNADETTE A. RUIZ
ATTORNEY AT LAW
1700 N. OFACLE RD. #227
TUCSON, AZ 85701

BANK OF AMERICA
91-170-1221

CHECK NO.   015370

PAY TO THE ORDER OF  Brittony L. Johnson                    DATE  9-14-18          AMOUNT  1,770.25

One thousand seven hundred seventy and 25/100

⑆015370⑆ ⑈122101706⑈ 000064857388⑈

BERNADETTE A. RUIZ - ATTORNEY AT LAW                                    015370

Gross 2209                              41,971
FWT 228                                 4,332
FICA 136.16                             2,602.84
SWT 39.16                               775.99
Medi 32.03                              608.57

BERNADETTE A. RUIZ – ATTORNEY AT LAW

015388



⑆0 15388⑆ ⑈1221017 06⑈ 0000648 57388⑆

BERNADETTE A. RUIZ – ATTORNEY AT LAW

015388

Gross 2207
FWT 228
FICA 136.96
SUT 39.76
Medi 32.03

44,180
4560
2739.20
795.20
640.60

BERNADETTE A. RUIZ - ATTORNEY AT LAW                                    015394



**BERNADETTE A. RUIZ**
ATTORNEY AT LAW
6700 N. ORACLE RD. #237
TUCSON, AZ 85701

BANK OF AMERICA
09688 AZ
91-170-1221

CHECK NO.   015394

PAY TO THE ORDER OF Brittany L Johnson
Eight hundred eighty six and 14/00

DATE 9/10/18      AMOUNT 886.14

⑈015394⑈ ⑆122101706⑆ 000064857388⑈

BERNADETTE A. RUIZ - ATTORNEY AT LAW                                    015394

Gross 1104.50          45,284.50
FWT   114.00           4674
FICA  68.47            2,807.67
Medi  16.01            656.61
SWT   19.88            815.08

REORDER FORM #590LG1 (1PART)                        USE WITH COMPANION ENVELOPE #44-530

_Deborah Gatti_

Signature of Owner

01/05/2020

Date (Mo./Day/Yr.)

**Submit Completed Form To MetLife Recordkeeping Center and Retain a Copy for Your Records**



Rene J Bos
Snohomish County
Washington State
Notary
Expires August 29, 2021

5 of 5

Scanned with Cam

United States Bankruptcy Court

_____ District Of Arizona

FILED USBC CLRK PHX
2018 DEC 10 AM 11:39

In re  Brittany Chavez
_____,
*[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]*

Debtor

Address  5421 W Indian School Rd
# 1025   Phoenix AZ 85031

Case No.  18-13500 - BKM

Last four digits of Social-Security or Individual Tax- Payer-Identification (ITIN) No(s)., (if any):
7724

Chapter  7

Employer's Tax Identification No(s). (if any):
_____

_____

_____

I am requesting to reschedule due to having a flat tire on the way to my meeting this morning.

Bchauy    12/10/18

2
0
2
0
-
0
5
-
1
8

Our mother both started (3 sessions) and stopped radiation and entered Hospice by the end of the week. (We can get medical records) She was so sick and on a lot of medications like Ativan and liquid morphine. (See first paragraph)

February 15th

Christina and Heather in a conversation with our mom about Caidon and her wishes for the money she would be leaving us for a house and paying off student loans "You're going to get $65,000 dollars" were her exact words to us and the last time we spoke about the life insurance money.

During all of this, Erica and I were not on good terms with Joe and his mom Jackie (see above). We believe they removed Erica and Heather because we questioned Jackie's involvement and changed the designation on the 5th.

Erica Graham          Heather Graham          Christina Dalton
                      Heather Graham

Please feel free to reach out
to any of us.

Chantal Turk
(Deboit)

## Extracted from:
## Brittany Chavez and Ricky Goodwin Bankruptcy

I am requesting to reschedule due
to having a flat tire on the way
to my meeting this morning.

Bchaury  12/10/18

## Extracted from:
## Gatti Life Insurance Claim Documents

Please feel free to reach out
to any of us.

Chantal Turk
(Deboit)

Local Form 1007-3-1(7)
10/10

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Swanson, Brittany Rae          Case No. 4:11-BK-43456

Debtors.

## NOTICE OF RESPONSIBILITIES OF
## CHAPTER 7 DEBTORS AND THEIR ATTORNEYS

This Notice lists certain responsibilities of debtors and their attorneys.  Nothing in this document changes, limits, or in any way alters the debtor's or the debtor's attorney's obligations under the Bankruptcy Code, the local and national rules, or any rule of professional responsibility.

UNLESS THE COURT ORDERS OTHERWISE:

I.     Before the case is filed, the attorney for the chapter 7 debtor shall, at a minimum:

A.     Meet with the debtor to review and analyze the debtor's real and personal property, debts, income, and expenses and advise the debtor on whether to file a bankruptcy petition;

B.     Explain the various bankruptcy and non-bankruptcy options, the consequences of filing under chapters 7, 11 or 13 and answer the debtor's questions;

C.     Explain to the debtor how the attorney's fees are paid;

D.     Advise the debtor of the requirement to provide to the trustee the most recently-filed tax return(s) at least seven days prior to the scheduled meeting of creditors. In addition, advise the debtor of the requirement to attend the meeting of creditors and identify the documents the debtor must bring to the meeting;

E.     Advise the debtor that providing false information in the bankruptcy schedules or false testimony at the meeting of creditors or other hearing or trial may expose the debtor to criminal prosecution and denial of discharge;

F.     Advise the debtor of the necessity of maintaining liability, collision, and comprehensive insurance on vehicles securing loans or leases;

G.     Timely prepare and file the debtor's petition, plan, schedules, statements, certificates, and other documents required to commence a case, and review them for accuracy contemporaneously with the filing.

II.    After the case is filed, the attorney for the chapter 7 debtor shall, at a minimum:

A.     Ensure that the debtor is adequately represented by an attorney at the meeting of creditors;

Debtor 1 __Brittany_____ __Prince_____     Case number *(if known)*_____
　　　　First Name　　Middle Name　　　　Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................................. ➔ 4. | | $ 866.66 | $_____ |

5. **List all payroll deductions:**

|  |  |  |  |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $_____ |
| 5e. **Insurance** | 5e. | $ 0.00 | $_____ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $_____ |
| 5g. **Union dues** | 5g. | $ 0.00 | $_____ |
| 5h. **Other deductions. Specify:** _____ | 5h. + $ | 0.00 | + $_____ |

6. **Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.**　6.　　$ 0.00　　$_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.　　7.　　$ 866.66　　$_____

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.　　8a.　　$ 0.00　　$_____

8b. **Interest and dividends**　　8b.　　$ 0.00　　$_____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.　　8c.　　$ 0.00　　$_____

8d. **Unemployment compensation**　　8d.　　$ 0.00　　$_____

8e. **Social Security**　　8e.　　$ 0.00　　$_____

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: **SNAP**　　8f.　　$ 257.00　　$_____

8g. **Pension or retirement income**　　8g.　　$ 0.00　　$_____

8h. **Other monthly income. Specify:** _____　　8h. + $ 0.00　　+ $_____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.　　9.　　$ 257.00　　$_____

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.　　10.　　$ 1,123.66　+　$ 1,123.66　=　$ 1,123.66

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: **SNAP** _____　　11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies　　12.　　$ 1,123.66

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No. BP

☑ Yes. Explain: __I will only be working one shift a week for the rest of summer.__

# II

This set of documents concerns the employment of Brittany Cristal Chavez/Brittany Virginia Chavez at Dignity Health. We came to these documents as follows: The 2018 Chapter 7 Bankruptcy filing of Brittany Virginia Chavez. The BK file includes paycheck stubs with direct deposit of paychecks into a Wells Fargo account. We subpoenaed the account records and received signature cards attached herewith. We also subpoenaed the DH employment records and received about 200 documents that confused a Brittany Cristal Chavez of San Bernardino, CA with Brittany Virginia Chavez of Phoenix, AZ. One set of W-2's and one internal employee ID number. The file consists of no duplicates - so one set of application and employee acknowledgment forms to one set of W-2's and benefits summaries. The application and acknowledgment docs and several of the annual reviews appear to have our Brittany's handwriting/hand printing.

# Additional <u>Authentic</u> Brittany Chavez Writing Sample

Brittany Thaler

480-688-0687

**Signature in question from Wells Fargo  Subpoenaed Documents**

Consumer Account Application

## Customer 1 Information

| | |
|---|---|
| Customer Name:<br>BRITTANY V CHAVEZ | Street Address:<br>3033 N 43RD AVE |
| Account Relationship:<br>Sole Owner | Address Line 2: |
| Taxpayer Identification Number (TIN):  TIN Type:  Date of Birth:<br>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    SSN    08/23/1993 | Address Line 3: |
| Primary ID Type:  Primary ID Description:<br>NDLC    D06712410 | City:                          State:<br>PHOENIX                    AZ |
| Primary ID St/Ctry/Prov:  Primary ID Issue Date:  Primary ID Expiration Date:<br>AZ    02/07/2011 | ZIP/Postal Code:  Country:  Time at this address:<br>85031-3801    US    Year(s)    Month(s) |
| Secondary ID Type:  Secondary ID Description:<br>OTHR    SSCARD 7724 | Directional Address:<br>*(Document when no physical residence, business or alternate street address.)* |
| Secondary ID State/Country:  Secondary ID Issue Date:  Secondary ID Expiration Date: | |
| Home Phone:  Business Phone:<br>602/503-8702 | Previous Street Address: |
| Current Employer:<br>STUDENT | City:                          State: |
| Check Reporting:<br>OPPORTUNITY | ZIP/Postal Code:  Country:  Time at this address:<br>Year(s)    Month(s) |
| Country of Citizenship:<br>US | |

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

3. I am a U.S. citizen or other U.S. person.    ☐ I am subject to backup withholding    ☐ I am exempt from backup withholding

| Tax Responsible Customer Name:<br>BRITTANY V CHAVEZ | Taxpayer Identification Number (TIN):<br>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 |
|---|---|

TIN Certification Signature



☐ Submit manually    Date:
☐ Signature not required    02/09/2013

## Customer Signatures

Everything I have stated in this application is correct.  You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account.  This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. **I have received a copy of the applicable account agreement, the privacy policy, and the** Direct Deposit Advance Service Agreement and Product Guide* **(as each may be amended from time to time) and agree to be bound by their terms.**  I also agree to the terms of the dispute resolution program described in the foregoing agreements.  **Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**

*The Direct Deposit Advance service is not currently available in all states.

Consumer Account Application

Customer 1 Name

BRITTANY V CHAVEZ

Customer 1 Signature



☐ Submit manually
☐ Signature not required

Date:

02/09/2013

# Printing in question from Dignity Health  Subpoenaed Documents

All problems according to Preflight profile. Scale pages to specified size.

21-cv-01419-DLR   Document 77   Filed 09/28/21   Page 9

NEW HIRE CHECKLIST                    11685

Cardiac Services Women

NAME: Brittany Chavez    POSITION: Experience Specialist

START DATE: 6-8-15    ORIENTATION DATE: 6-8-15

✓ I-9 (with documentation)
✓ Offer Letter
✓ Position Requisition
✓ Min. Quals
✓ Physical Clearance
✓ Network Usage (NUP)
✓ Job Acknowledgement
✓ Acknowledgement of policies & procedures

✓ NPA
✓ Welcome Letter

N/A Meal Period Waiver
N/A Orientation Waiver
N/A New Management Orientation
N/A Per Diem Agreement
N/A On-Duty Meal Period (Security)
N/A Agency clearance
✓ Application (On-Line)
✓ BG Authorization/Clearance
✓ Secondary

N/A Former or Transfer Dignity Health/CHW Employee_____

## LICENSE/CERTIFICATION Primary source verified. (Copies of documents in file)

____ Registered Nurse/IP
____ Licensed Vocational Nurse
____ Certified Nurse Aide
____ Pharmacist
____ Pharmacy Tech
____ RCP
____ Rad Tech
____ CLS
____ Phlebotomy Tech

____ Driver Licenses
____ DMV Print out
____ BCLS
____ ACLS
____ PALS
____ ARRT
Other:

File Complete: _____    6-4-15
                Human Resources                  Date

Badge No. #37100  5572

Overall I work well with my
team and hope to continue learning.

-BChavez

Brittany has been a positive
addition to the Imaging Dept.
She is a quick learner and has
been able to bring her previous
experience with her which has
immediate impact.

## SIGNATURES (Employee signature acknowledges receipt of the completed evaluation: it does not necessarily indicate agreement.)

| Employee: | Date: 9-10-19 |
|---|---|
| Manager: | Date: 9-10-19 |

All problems according to Preflight profile
Scale pages to specified size
21-cv-01419-DLR   Document 77   Filed 09/28/21   Page 9


**Dignity Health**.
St. Bernardine Medical Center

## EMPLOYEE HEALTH NEW HIRE CLEARANCE FORM

I.   Medical  Provider Clearance

This is to certify that _Brittany Chavez_ ☑ is   ☐ is not
physically suited for the position of _Cardiac Services Patient._
_Experience Specialist_

_5/29/15_                              _see attached from USHW_
Date                              Medical Provider Signature

---

II.   Employee Health Clearance

TB Clearance: ☑ Yes ☐ No   Drug Screen Clearance: ☑ Yes ☐ No   EHS Clearance: ☑ Yes ☐ No

_6/4/15_                         _[signature]_
Date                         Employee Health Services

coc/2012

All problems according to Preflight profile
Scale pages to specified size
21-cv-01419-DLR   Document 77   Filed 09/28/21   Page 9
0005/701

**U.S. HealthWorks**
MEDICAL GROUP

REC

**MEDICAL EXAMINER
RECOMMENDATIONS**

Applicant/Employee: Brittany Chavez      Date of Birth: 02·10·1991

Employer: Dignity Health

Position Title: Cardiac Senice Patient Street line      Date of Exam: 5/29/15
                Specialist

Considering any job-related information provided to me by the employer, either before or upon my request during the course of my evaluation, it is my opinion, that based on the results of the:

☑ Physical Examination
☐ Physical Agility Testing
☐ Other:

The aforementioned individual is:

☑ Medically acceptable for the position offered.
☐ Medically acceptable for the position offered, except that a condition exists which limits work as follows:*

☐ Free of communicable diseases at this time, detectable by a general physical exam and the results of any laboratory tests obtained.
☐ Placed on medical hold pending:

☐ Other:

**PHYSICIAN:**   Signature: _____

Name: _____

Date: 5/29/15

* In compliance with the Americans with Disabilities Act, the medical examiner may not list this form either medical diagnoses or conditions. Only restrictions and/or job-related tasks that cannot be adequately performed by the applicant/employee are to be listed.

3/2013 (Rev.1001)

◆ US HealthWorks

All problems according to Preflight profile
Scale pages to specified Size
21-cv-01419-DLR   Document 77   Filed 09/28/21   Page 9

**NEW EMPLOYEE**
**BIOGRAPHIC INFORMATION**

**Employee Name:** Brittany C. Chavez

**Home/Mailing Address:** 1960 Kern St.

**City:** San Bernardino   **State:** CA   **Zip Code:** 92407-

**Home Phone #: (    )**   **Cell Phone #:** (909) 246·9212

**Email :** Chavb305 @coyote csusb·edu

**Birthdate:** 02·10·1991   **Sex:** ☐ Male ☑ Female   **Marital Status:** single
**Social Security Number:** 608·46·2628

Former or Dignity Health/CHW Transfer Employee Yes or No _____
Dignity Health/CHW Facility_____
or Date last employed by Dignity/CHW_____

**Emergency Contact Name:** Heriberto torres-Arce

**Emergency Contact Address:** 1054 Belvan St. San Bernardino CA 92410

**Relationship:** Significant other   **Phone #: (    )**

**Cell #:** (909) 380 ·6565   **Work #: (    )**

All problems according to Preflight profile

Scale pages to specified size

The purpose of our performance and career planning program is to provide guidance about what is important, what is expected and how our people can grow in their jobs and careers. Results on specific goals should be assessed within the context of Dignity Health's strategic objectives and mission and values.

- This form is designed to facilitate an ongoing manager discussion of professional behavior, expected success factors and results, and should be used for both the year-end performance review and career planning discussion.

- The form is to be completed by the employee and the employee's performance manager. The performance manager is responsible for providing performance ratings.

## EMPLOYEE INFORMATION

| Name: | Chavez, Brittany | Department: | Diagnostic Radiology |
|---|---|---|---|
| Title: | Customer Service Rep II | Service Area: | SCO |
| Employee No: | 210744 | Location: | St Joseph's Hospital |
| Review Period: | 7/2018 – 6/2019 | | |

## RATINGS

| SE | Significantly Exceeds Expectations | Job performance is exceptional. Contributions are substantially higher than peers and advance the department or function. Applies initiative and then delivers results. <u>Always</u> exceeds expected behaviors. |
|---|---|---|
| EE | Exceeds Expectations | Job performance and initiative results are beyond expected level of achievement. Consistently performs above the norm and higher than peers. <u>Frequently</u> exceeds expected behaviors. |
| ME | Meets Expectations | Performance fully meets expectations and requirements. On occasion, may perform above expectations. <u>Consistently</u> demonstrates expected behaviors. |
| NI | Needs Improvement | Performance meets some expectations and requirements. Although the employee <u>Usually</u> demonstrates expected behaviors, improvement is needed. |
| NM | Does Not Meet Minimum Expectations | Performance is consistently below what is expected. <u>Rarely</u> demonstrates expected behaviors. |

## GOALS

**Current Fiscal Year Goals**

| # | Type | Goal | | Self | Manager |
|---|---|---|---|---|---|
| 1 | | Improve Organization. | | BC | |
| 2 | | Gain a detailed perspective of how other departments are run. | | BC | |
| 3 | | | | | |
| 4 | | | | | |

File

08/2021

0186

# Signatures in question from Dignity Health  Subpoenaed Documents

All problems according to Preflight profile
Scale pages to specified size
1-cv-01419-DLR   Document 77   Filed 09/28/21   Page 10



**Dignity Health.**
St. Bernardine Medical Center

# St. Bernardine Medical Center

### JOB ACKNOWLEDGEMENT

I, _Brittany  Chavez_, acknowledge that I have received
　　　　(Name – Printed)

a copy of the job description for my position as _cardiac Serious Patient Experience in_
　　　　　　　　　　　　　　　　　　　　(Job Title)　　_Specialist_

_____.
　　(Department)

_____　　_05/18/15_
Applicant Signature　　　　　　　　　　Date

0921
08/2021

0081

All problems according to Preflight profile
Scale pages to specified size
1:-cv-01419-DLR   Document 77   Filed 09/28/21   Page 10

**Exhibit A**
**Acknowledgement Form to Comply with Dignity Health's Network Usage Policy**
**I hereby certify that I have received, read, understood, and will fully comply with Dignity Health's Network Usage Policy (NUP).**

I acknowledge that I am responsible for my possession and use of any informational resources of Dignity Health. I will actively protect these informational resources from unauthorized disclosure, modification, deletion, and usage.

I acknowledge and hereby agree that my compliance with the policies and procedures described in Dignity Health's NUP is a requirement for my continued access to the Network (defined in Section I. A of the NUP). I understand that access to the Network is a privilege, which may be changed or revoked at any time at the sole discretion of Dignity Health.

I agree to promptly report all violations or suspected violations of the NUP to the Dignity Health IT management or in confidence to Dignity Health's Compliance Hotline at **1-800-938-0031**.

I acknowledge that Dignity Health may need to change or update the NUP periodically and will post any revised policy on the Network. I will comply with all revisions to the NUP.

I understand that if I am unsure of any of the elements of the NUP or if I subsequently learn that I am otherwise unable to comply with certain of its requirements, I should contact the IT Helpdesk for assistance with any questions I may have.

Signature of User: _____ Date_____
*(Must be signed by all facility Personnel including volunteers as required in the Usage Policy)*

Print Name of User:___Brittany   Chavez_____

Facility Name:_____

Department:_____

Print Supervisor's Name:_____ Date_____
*(Required)*

Supervisor's Signature _____
*(Required only if User is **not** a permanent employee nor a volunteer of Dignity Health facility)*

## CRITICAL NOTICE TO ALL ST. BERNARDINE MEDICAL CENTER EMPLOYEES

## TO AVOID POSSIBILITY OF REMOVAL FROM SCHEDULE

As per hospital and regulatory agency compliance, employees must maintain and provide proof of current job required license, registration, certification, CPR and training/education within prescribed timelines.  In accordance with HR Policy #01010, any staff member who doesn't adhere to the mandatory compliance requirements of the Medical Center <u>within the required timelines</u>, will be removed from schedule without pay. Removal from schedule may not exceed 30 calendar days at which time a decision will be made regarding termination.  All staff members must assume personal ownership to comply with these requirement deadlines.

Specific requirements are as follows:

* You must successfully complete "Annual Health Update" including TB skin testing given each year; timing announced by Employee Health annually.  You must successfully complete "Annual Education Update" each year, timing announced by our Education Department.  Any and all exceptions must be cleared in advance of the announced timeline through your department leadership and Human Resources.

* You must present to your leadership the renewed license, registration, certification and CPR required for job prior to expiration/renewal date.  The license and CPR required of your job are listed in your job description.  This may include ACLS, PALS, and BLS etc.  <u>The required timing for compliance is prior to expiration date</u>.  For example, if your BLS is good through August 31, you must provide a renewed BLS to your leadership prior to September 1.

<u>**Please note and remember**</u>:  <u>It is the employee's sole responsibility to track and comply with these requirements.  It is not the responsibility of the Medical Center to provide notification reminders</u>.

If you have any questions related to understanding this notice, please contact your department/unit leadership.

## <u>Acknowledgement of Receipt of this Notice</u>

I acknowledge that I have read and understand the above notification and its requirements.

Brittany Chavez
_____
Print Employee Name

_____
Employee Signature

06·04·15
_____
Date

*Rev: 1/17/12*

All problems according to Preflight profile
Scale pages to specified size
1-cv-01419-DLR   Document 77   Filed 09/28/21   Page 10

✵ **Dignity Health.**
St. Bernardine Medical Center

## ABUSE REPORTING OBLIGATIONS

As an employee of St. Bernardine Medical Center you are required by law to report suspected abuse in the following instances: Suspected Child Abuse and Neglect - Suspected Dependent Adult/Elder Abuse - Suspected Inflicted Injury as a Result of Assaultive or Abusive Conduct. Attached is information about your specific legal obligations and how to access the policies and procedures for abuse detection and reporting at St. Bernardine Medical Center.

I, _Brittany Chavez_ have read and received information regarding St. Bernardine Medical Center's policies and procedures for Suspected Child Abuse and neglect, Elder/Dependent Adult Reporting and Mandatory Reporting of victims of Assault and Domestic Violence. I understand and will comply with these requirements.

_____          06·04·15
Signature of Employee                                          Date

## STAFF RIGHTS

I, _Brittany Chavez_ have read and received St. Bernardine Medical Center's policy on Staff Rights. I understand my rights as an employee and my obligation as a Caregiver under this policy, and will comply with the requirements.

_____          06 04 15
Signature of Employee                                          Date

## CONFIDENTIALITY

I, _Brittany Chavez_ understand and agree that in the performance of my duties as an employee of St. Bernardine Medical Center, I must hold employee, business and medical information in confidence. I understand that any violation of confidentiality of information shall result in disciplinary action which may result in termination.

_____          06 04 15
Signature of Employee                                          Date

## FAX PROCEDURE AND DEVICE MAINTENANCE

I, _Brittany Chavez_ acknowledge that I have read and received the Dignity Health Fax Procedure and Device Maintenance Policy.

_____          06·04·15
Signature of Employee                                          Date

## ACKNOWLEDGEMENT
### (HIPAA)

I acknowledge that I have read and received the Dignity Health Privacy and Data Security Handbook Training.

_____          06·04·15
Signature of Employee                                          Date

All problems according to Preflight profile
Scale page to sheet size
1-cv-01-01-DzR   Document 77   Filed 09/28/21   Page 10

Dignity Health.
St. Bernardine Medical Center

## DIGNITY HEALTH STANDARDS OF CONDUCT

I, Brittany Chavez   acknowledge that I have read and received the Dignity Health
Standards of Conduct and understand that it represents mandatory policies of the organization.

_____          06 · 04 · 15
Signature of Employee                              Date

## HARASSMENT & WORKPLACE VIOLENCE PREVENTION

I, Brittany Chavez   acknowledge that I have received the Harassment & workplace
violence prevention policies and it is my responsibility to read, understand and comply with the
content of these policies.

_____          06 · 04 · 15
Signature of Employee                              Date

## HOSPITAL NATIONAL PATIENT SAFETY GOALS

I, Brittany Chavez   acknowledge that I have read and received the Hospital National
Patient Safety Goals.

_____          06 · 04 · 15
Signature of Employee                              Date

## AGENCY EMPLOYEE HIRES

To comply with the Dignity Health contractual agreement with Registry Agencies, all new hires
who have been extended an offer by SBMC must not be currently working at this facility with
any outside agency contracted by SBMC.

I agree that I have not been placed or currently working at this facility through an outside agency.

_____          06 · 04 · 15
Signature of Employee                              Date

## COMPLIANCE POLICY AND PROCEDURE SUMMARY ACKNOWLEDGEMENT

I acknowledge that I have read and received the Compliance Policy and Procedure Summary.

_____          06 · 04 · 15
Signature of Employee                              Date

# III

Moreover, the handwritten signature on the forms (allegedly from 2015) appear to match the signature of "Brittany Chavez" on a deed with "husband" Douglas Weingarten.

We refer to this signature style as the "FIGURE 8"

**Figure 8 Style of Signature in question**

LOAN #: 10282857

**D. Condemnation.** The proceeds of any award or claim for damages, direct or consequential, payable to Borrower in connection with any condemnation or other taking of all or any part of the Property or the common areas and facilities of the PUD, or for any conveyance in lieu of condemnation, are hereby assigned and shall be paid to Lender. Such proceeds shall be applied by Lender to the sums secured by the Security Instrument as provided in Section 11.

**E. Lender's Prior Consent.** Borrower shall not, except after notice to Lender and with Lender's prior written consent, either partition or subdivide the Property or consent to: (i) the abandonment or termination of the PUD, except for abandonment or termination required by law in the case of substantial destruction by fire or other casualty or in the case of a taking by condemnation or eminent domain; (ii) any amendment to any provision of the "Constituent Documents" if the provision is for the express benefit of Lender; (iii) termination of professional management and assumption of self-management of the Owners Association; or (iv) any action which would have the effect of rendering the public liability insurance coverage maintained by the Owners Association unacceptable to Lender.

**F. Remedies.** If Borrower does not pay PUD dues and assessments when due, then Lender may pay them. Any amounts disbursed by Lender under this paragraph F shall become additional debt of Borrower secured by the Security Instrument. Unless Borrower and Lender agree to other terms of payment, these amounts shall bear interest from the date of disbursement at the Note rate and shall be payable, with interest, upon notice from Lender to Borrower requesting payment.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this PUD Rider.

_____    1·5·21 (Seal)
DOUGLAS WEINGARTEN                              DATE

Unofficial Document



_____    1 | 5 | 2 | (Seal)
BRITTANY CHAVEZ                                       DATE

MULTISTATE PUD RIDER--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT Form 3150 1/01
Ellie Mae, Inc.                                       Page 2 of 2                        F3150RDU  0115
                                                                                          F3150RLU (CLS)
                                                                        01/05/2021 06:56 AM PST

**BY SIGNING BELOW.** Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any rider(s) executed by Borrower and recorded with it.

_____ (Seal)
JUSTIN E CHAVEZ                -Borrower

_____ (Seal)
BRITTANY R CHAVEZ             -Borrower

_____ (Seal)
                              -Borrower

_____ (Seal)
                              -Borrower

## ACKNOWLEDGMENT

State of _Arizona_                §
                                 §
County of _Maricopa_              §

The foregoing instrument was acknowledged before me this _10-14-09_
by **JUSTIN E CHAVEZ**.

_____
Signature of Person Taking Acknowledgment

_William  N. Conniban_
Printed Name

_Notary Public_
Title or Rank

Serial Number (if any):

My Commission Expires: _11-9-09_

(Seal)



056


Dignity Health.
St. Bernardine Medical Center

## ABUSE REPORTING OBLIGATIONS

As an employee of St. Bernardine Medical Center you are required by law to report suspected abuse in the following instances: Suspected Child Abuse and Neglect - Suspected Dependent Adult/Elder Abuse - Suspected Inflicted Injury as a Result of Assaultive or Abusive Conduct. Attached is information about your specific legal obligations and how to access the policies and procedures for abuse detection and reporting at St. Bernardine Medical Center.

I, _Brittany Chavez_ have read and received information regarding St. Bernardine Medical Center's policies and procedures for Suspected Child Abuse and neglect, Elder/Dependent Adult Reporting and Mandatory Reporting of victims of Assault and Domestic Violence. I understand and will comply with these requirements.

_____          06·04·15
Signature of Employee                              Date

## STAFF RIGHTS

I, _Brittany Chavez_ have read and received St. Bernardine Medical Center's policy on Staff Rights. I understand my rights as an employee and my obligation as a Caregiver under this policy, and will comply with the requirements.

_____          06 04 15
Signature of Employee                              Date

## CONFIDENTIALITY

I, _Brittany Chavez_ understand and agree that in the performance of my duties as an employee of St. Bernardine Medical Center, I must hold employee, business and medical information in confidence. I understand that any violation of confidentiality of information shall result in disciplinary action which may result in termination.

_____          06·04·15
Signature of Employee                              Date

## FAX PROCEDURE AND DEVICE MAINTENANCE

I, _Brittany Chavez_ acknowledge that I have read and received the Dignity Health Fax Procedure and Device Maintenance Policy.

_____          06·04·15
Signature of Employee                              Date

## ACKNOWLEDGEMENT
### (HIPAA)

I acknowledge that I have read and received the Dignity Health Privacy and Data Security Handbook Training.

_____          06·04·15
Signature of Employee                              Date



**Dignity Health.**
St. Bernardine Medical Center

## DIGNITY HEALTH STANDARDS OF CONDUCT

I, Britany Chavez acknowledge that I have read and received the Dignity Health Standards of Conduct and understand that it represents mandatory policies of the organization.

Signature of Employee

06 · 04 · 15

Date

## HARASSMENT & WORKPLACE VIOLENCE PREVENTION

I, Brittany Chavez acknowledge that I have received the Harassment & workplace violence prevention policies and it is my responsibility to read, understand and comply with the content of these policies.

Signature of Employee

O
Date

06 · 04 · 15

## HOSPITAL NATIONAL PATIENT SAFETY GOALS

I, Brittany Chavez acknowledge that I have read and received the Hospital National Patient Safety Goals.

Signature of Employee

06 · 04 · 15

Date

## AGENCY EMPLOYEE HIRES

To comply with the Dignity Health contractual agreement with Registry Agencies, all new hires who have been extended an offer by SBMC must not be currently working at this facility with any outside agency contracted by SBMC.

I agree that I have not been placed or currently working at this facility through an outside agency.

Signature of Employee

06 · 04 · 15

Date

## COMPLIANCE POLICY AND PROCEDURE SUMMARY ACKNOWLEDGEMENT

I acknowledge that I have read and received the Compliance Policy and Procedure Summary.

Signature of Employee

06 · 04 · 15

Date

# Brittany Chavez and Douglas Weingarten DEED



Unofficial Docume

BRITTANY CHAVEZ

# Brittany C. Chavez - Dignity Health Documents

Signature of Employee

# **IV**

Then there is the phony CA judgment.  Judge Leland Harris confirms that the hand printing on the judgment is not his or from anyone on his staff.  The hand printed information and the hand printed signature of "Leland Harris" appear to belong to Brittany (and likely are Brittany).  This fake judgment was filed as a sister state judgment in Maricopa County, Arizona with attempts to collect on the "judgment."

1  deficiency judgment may be ordered. The Court retains jurisdiction to determine the

2  amount of deficiency, if any.

3      7.      After the time allowed by law for redemption has expired, if any, the Sheriff

4  shall execute a deed to the purchasers at the sale, who may then take possession, if *legally permissible*

5  necessary, with the assistance of the Sheriff of the County of Los Angeles, California.

6      8.      Defendant John H. Thaler and all persons claiming from and under

7  [him/her], and all persons having any lien subsequent to the notice of assessment by any

8  judgment on the real property hereinafter described, and their personal representatives, and

9  all persons claiming to have acquired any estate or interest in the premises subsequent to

10  the recording of the notice of pendency of this action with the County Recorder, are

11  forever barred and foreclosed from all equity of redemption in and claims to the premises,

12  and every part of the premises, from and after delivery of the deed by the Sheriff.

13      9.      The property which is the subject of this judgment and order is legally

14  described as:

15          Lot 2, Unit 22, Tract 41873, as shown on the applicable

16          recorded Tract Map in the records of Los Angeles County,

17          California,

18  and more particularly described on that certain quitclaim deed recorded on April 16, 2007.

19  as instrument number 20070902607, which is commonly known as 18730 Hatteras Street,

20  #22, Tarzana, California 91356.

21  DATED: _____ 5/31/12 _____            LELAND B. HARRIS
                                          JUDGE OF THE SUPERIOR COURT
22

23

24

25

26

27

28

929846.1                                -3-
                        JUDGMENT BY COURT AFTER DEFAULT

# V

The "application" for the judgment was "prepared" by an attorney named "Paul Tokeshi." There are five separate signature types for Mr. Tokeshi. The last set appear to match another handwriting found in the application of a 501(c)(3) formed in Arizona called D.A.M.E.S by "Michelle Thorne." We believe there is no "Michelle Thorne." Instead, we believe that the charitable organization was created by Brittany to launder money. And then there are the Tokeshi and Thorne signatures. Two examples are attached. They look the same. One of the Los Angeles County Superior Court judges sees them as being the same. So are they?

1  PAUL TOKESHI (State Bar No. 255640)
   WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
2  11400 West Olympic Boulevard, 9th Floor
   Los Angeles, California 90064-1582
3  Telephone:   (310) 478-4100
   Facsimile:   (310) 479-1422
4

COPY of Document Recorded

11/28/2011

*20111600220*

Has not bee
Original will
processing r
LOS ANGELES CO...

5  Attorneys for Plaintiff
   Tarzana Falls Homeowners Association, Inc.

6

7

8          SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          COUNTY OF LOS ANGELES, VAN NUYS COURTHOUSE

10

11  TARZANA FALLS HOMEOWNERS          Case No. 11E11652
    ASSOCIATION, INC.,
12                                    Limited Civil Case
              Plaintiff,
13                                    **NOTICE OF PENDENCY OF ACTION**
         vs.
14                                    Trial Date:     None
    JOHN H. THALER, and DOES 1 through
15  5, inclusive,

16            Defendants.

17

18          NOTICE IS HEREBY GIVEN that the above-entitled action has been commenced

19  by plaintiff Tarzana Falls Homeowners Association, Inc. against the above named

20  defendant John H. Thaler to foreclose the lien on the real property commonly known as

21  18730 Hatteras Street, #22, Tarzana, California 91356, and legally described as Lot 2, Unit

22  22, Tract 41873, as shown in the applicable recorded tract map in the records of Los

23  Angeles County, California.

24  DATED: November 1_, 2011       WOLF, RIFKIN, SHAPIRO, SCHULMAN &
                                    RABKIN, LLP
25                                  By: _____
26                                      PAUL TOKESHI
                                    Attorneys for Plaintiff Tarzana Falls Homeowners
27                                  Association, Inc.

28

20030610315088

## Article XIV

**Amendments.**    Any amendments to these Articles of Incorporation may be adopted

by the approval of two-thirds (2/3) of the Board of Directors.

EXECUTED this _2_ day of February, 2020 by the Incorporator.

Signed:   _Michele Thorne_
Michele Thorne, Incorporator



FKIN, SHAPIRO, SCHUI
LLP

, TOKESHI

for Plaintiff Tarzana Fall

Signed:

Michele Thorne, Incorporator

# VI

Then there is the fraudulent check stolen from me. Was It Brittany who wrote it?

⊕ ⊖ ▣ ↶ ↷

**WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER**

John H. Thaler
2735 E. Amelia Avenue
Phoenix AZ 85016

Chase
3150 E. Indian School Road
Phoenix AZ 85016

#8448

DATE 8/14

PAY TO THE
ORDER OF  City of Phoenix                                    $ 333.68

Three Hundred Thirty Three. 68/100

MEMO  accnt # 922006760

⑆1221000241⑆ 887853703⑈ 08448

⊕ ⊖ ▣ ↶ ↷

K32

# VII

Previously you reviewed Judge Marvin Davis' signature and determined that some of the "Marvin Davis" Signatures differed from the others. Please could you review the "Marvin Davis" signatures below and let us know if they match any of the signatures previously reviewed.

John H. Thaler
HARRIS/THALER LAW
2510 E. Sunset Road, Suite 6-124
Las Vegas, NV 89120

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| John Harris Thaler | CASE NUMBER |
|---|---|
| | 2:21-CV-02892-DSF-AS |
| PLAINTIFF(S) | |
| Brittany Rae Thaler et al.   v. | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT** (For use with State Service only) |
| DEFENDANT(S). | |

To: Marvin L. Davis, an individual

The summons and complaint served herewith are being served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure.

You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on May 4, 2021             .

_____
Signature of Sender

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT
*(To be completed by recipient)*

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at

222 E. Javelina Avenue, Mesa, AZ 85210                    on   5/11/2021
*Address*                                                                                      *Date*

_____
*Signature*

Defendant
Relationship to Entity/Authority to Receive Service of Process

John H. Thaler
HARRIS/THALER LAW
2510 E. Sunset Road, Suite 6-124
Las Vegas, NV 89120

**UNITED STATES DISTRICT COURT**

Superior Court of Maricopa County
222 E. Javelina Ave.
Mesa, AZ 85210

PHOENIX AZ 852

24 MAY 2021 PM 3 L

HARRIS / THALER LAW
2510 E. SUNSET ROAD
SUITE 6 - 124
LAS VEGAS, NV 89120

89120-350006

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on _May 4, 2021_____.

_____
*Signature of Sender*

**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**
*(To be completed by recipient)*
I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at

222 E. Javelina Avenue, Mesa, AZ 85210          on   5/11/2021
*Address*                                                              *Date*

_____
*Signature*

Defendant
*Relationship to Entity/Authority to Receive Service of Process*

CV-21 (02/04)          **NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**