Brittany Thaler
9502 E. Olla Cir
Mesa, AZ 85212
Tel: PROTECTED INFORMATION
Email: bthaler@iprotech.com
Defendant, in proper person

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN H. THALER, | Case No.: CV-21-01419-PHX |
| Plaintiff, | **REPLY IN SUPPORT OF MOTION TO DECLARE JOHN THALER A VEXATIOUS LITIGANT** |
| vs. | |
| BRITTANY RAE THALER, et al. | **(The Honorable Douglas Reyes)** |
| Defendants. | |

Thaler's response to my motion is over a week late. More importantly, it is also nonsensical, and it illustrates better than any argument I could make why my motion should be granted. Rather than explain why he should not be considered a vexatious litigant, Thaler instead launches into the typical litany of tall tales and far-fetched conspiracy theories that have become his calling card. Indeed, in his opening paragraph, he predicts that within the next year I will be indicted on racketeering charges!

It would be one thing if Thaler were only making outlandish accusations against me (I have never been diagnosed as a sociopath, or anything of the sort). But Thaler also accuses a judge of conspiring with me to grant me illegal access to the court database to allow me to upload phony orders and in essence fake my own divorce. That accusation is absurd.

If the court does not grant my motion, I will be forced to deal with *many* more frivolous filings containing similar implausible false accusations. Every time Thaler files one of his frivolous motions, I am forced to deal not only with the time and expense of responding, but also the emotional stress of having to deal with him. I therefore respectfully request that the Court grant my motion.

Dated: Wednesday, September 29, 2021.

Respectfully Submitted:

*/s/ Brittany Thaler*_____
Brittany Thaler
Defendant, in proper person

**ORIGINAL** e-filed September 29, 2021.

**COPY** sent via ECF and mailed this same date to:

| John Harris Thaler<br>2510 E. Sunset Blvd. Suite 6-124<br>Las Vegas, Nevada 89120<br>-and-<br>c/o HARRIS/THALER LAW<br>18034 Ventura Boulevard, #289<br>Encino, CA 91316 | Dawna Chavez<br>Drchavez01@aol.com |
|---|---|

/s/ Brittany Thaler_____