Brittany Thaler
9502 E. Olla Cir
Mesa, AZ 85212
Tel: PROTECTED INFORMATION
Email: bthaler@iprotech.com
Defendant, in proper person

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| John H. Thaler, | Case No.: CV-21-01419-PHX-MHB |
| Plaintiff, | **REPLY IN SUPPORT OF MOTION TO DISMISS** |
| vs. | |
| Brittany Rae Thaler, et al. | |
| Defendants. | |

Despite my motion pointing out to Thaler the prohibition against prolix pleadings, only two lines of his response address the substance of my motion. The remainder of the response rehashes the same far-fetched accusations that he makes in his complaint and blames his lack of timeliness on the US Postal Service. Thaler's sole argument in opposition to my motion is that "not liking [the complaint's] contents or length is not a basis to dismiss litigation." *See* response at 4:22-23. But the case law that I cite in my motion says otherwise, because courts recognize that it is impossible for someone to defend against the kind of prolix allegations that Thaler makes.

What's more, "when bringing a complaint, Plaintiff must plead sufficient facts to state a claim for relief that is plausible on its face [and] a plaintiff has an obligation to allege sufficient facts to plausibly allege grounds upon which he claims his entitlement to relief." *Blake v. Irwin Mortg.*, 2011 WL 98538, at *2 (D. Ariz. Jan. 12, 2011) (internal citations omitted). Thaler's allegations do not meet this bar, and his complaint should be dismissed.

Dated: Friday, October 01, 2021.

Respectfully Submitted

*/s/ Brittany Thaler*
Brittany Thaler
Defendant, in proper person

**ORIGINAL** e-filed October 1, 2021, with:

Clerk of Court
United States District Court of Arizona

**COPY** sent via ECF and mailed this same date to:

| John Harris Thaler | Dawna R Chavez |
| 2510 E. Sunset Blvd. Suite 6-124 | Drchavez01@aol.com |
| Las Vegas, Nevada 89120 | |
| -and- | |
| c/o HARRIS/THALER LAW | |
| 18034 Ventura Boulevard, #289 | |
| Encino, CA 91316 | |

/s/ Brittany Thaler_____