Brittany Thaler
9502 E. Olla Cir
Mesa, AZ 85212
Tel: PROTECTED INFORMATION
Email: bthaler@iprotech.com
Defendant, in proper person

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN H. THALER, | Case No.: CV-21-01419-PHX-DLR |
| Plaintiff, | **OBJECTION TO PROPOSED AMENDED COMPLAINT** |
| vs. | |
| BRITTANY RAE THALER, et al. | |
| Defendants. | |

On March 16, 2022, Plaintiff filed a Proposed First Amended Complaint (the "PFAC"). Dkt. 84. The PFAC is procedurally improper for two reasons. First, in violation of Federal Rule of Civil Procedure 15(a)(2) and this Court's previous September 2, 2021 order, Plaintiff has not sought leave to file it. *See* Dkt. 60 at 2:10-11 (dismissing amended complaint and explaining that "[n]othing in this Order precludes Thaler ***from seeking leave*** to file a different amended complaint").

Moreover, even if Plaintiff had sought leave, it should be denied. Rule 15(a)(2) requires leave to be granted "when justice so requires." However, the PFAC contains more of the same outlandish, unfounded, and prolix allegations that gave rise to Brittany Thaler's ("Brittany") pending motion to have the Court declare Plaintiff to be a vexatious litigant. Dkt. 64.

Accordingly, Brittany respectfully requests that the Court disregard the PFAC, declare Plaintiff a vexatious litigant and enter an order that she no longer needs to respond to filings in this, or any other case Plaintiff will inevitably file, without an order from the Court.

Dated: Thursday, March 17, 2022.

Respectfully Submitted:

*/s/ Brittany Thaler*
Brittany Thaler
Defendant, in proper person

**ORIGINAL** e-filed March 17, 2022, with:

Clerk of Court
United States District Court of Arizona

Served via ECF to all parties.

/s/ Brittany Thaler